IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN W. STRICKLER            : Chapter 13
               debtor            : Case No.  20-13673

**CERTIFICATE OF SERVICE**

      I, John A. DiGiamberardino, Esquire, attorney for Debtor, certify that I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan filed May 5, 2021 upon the following by electronic means on May 5, 2021:

HOWARD GERSHMAN on behalf of Creditor Ford Motor Credit Company LLC
hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

ANDREW M. LUBIN on behalf of Creditor Pingora Loan Servicing ,LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper at alubin@milsteadlaw.com, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
ecfmail@readingch13.com

THOMAS E. REILLY on behalf of Creditor Hamni Bank at ecf@tomreillylaw.com,
tereilly@tomreillylaw.com

REBECCA ANN SOLARZ on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER at bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor BANK OF AMERICA, N.A.
paeb@fedphe.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) at ECFMail@ReadingCh13.com

and upon the creditors and/or interested parties listed below, by first class mail, on May 14, 2021.

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

BB&T now Truist, Bankruptcy Section
100-50-01-51
P.O. Box 1847
Wilson, NC 27894

Kubota Credit Corp.
P.O. Box 9013
Addison, TX  75001

Red Digital Cinema
34 Parker
Irvine, CA 92618-0000

Amy Weikel
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**CASE & DIGIAMBERARDINO, P.C.**

By:     s/John A. DiGiamberardino, Esquire
         Attorney I.D. #41268
         845 N. Park Road, Ste. 101
         Wyomissing, PA  19610
         (610) 372-9900
         (610) 372-5469 -f ax
         Attorney for Debtor