**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | 12-2020 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 0 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 525 |
| (7) Telephone | 435 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 92 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify) Client Meetings | |
| (16) Total Actual Business Expenses Paid Out | 1519 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -1519 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 9185 |
| (21) Total Monthly Net Income | 7666 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 7666 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 7666 |

3

**S&T Bank**

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
MEMBER FDIC   stbank.com

Last statement: November 30, 2020          Page 1 of 2
This statement: December 31, 2020          ⸴   0846
Total days in statement period: 31          (0)


STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Basic Business Checking

| | |
|---|---|
| Account number | 946 |
| Low balance | $172.97 |
| Average balance | $436.75 |
| Avg collected balance | $436 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | $756.31 |
| 12-02 | 'Preauthorized Debit | | -435.36 | 320.95 |
| | ATT Payment | | | |
| | 201202 | | | |
| 12-04 | 'Preauthorized Credit | 224.00 | | 544.95 |
| | PAYPAL TRANSFER | | | |
| | 201204 | | | |
| 12-08 | 'Check Card Purchase | | -92.00 | 452.95 |
| | MERCHANT PURCHASE TERMINAL 442733 | | | |
| | RUTTER S FARM STRE 23 MOUNTVILL PA | | | |
| | SEQ # 034220710000XXXXXXXXXXXX8300 | | | |
| 12-16 | 'Check Card Purchase | | -44.98 | 407.97 |
| | MERCHANT PURCHASE TERMINAL 400341 | | | |
| | FRICKE HARDWARE AND RENT717 68478 PA | | | |
| | SEQ # 035021900016XXXXXXXXXXXX8300 | | | |
| 12-23 | 'Check Card Purchase | | -35.00 | 372.97 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | VENMO* VISA DIRE NY | | | |
| | SEQ # 035810535152XXXXXXXXXXXX8300 | | | |
| 12-30 | 'Elec Transfer Credit | 325.00 | | 697.97 |
| | FR ACC XXXXXXX7643DATE: 12-29-20 | | | |
| | TIME: 23:33:53 | | | |
| 12-31 | 'Preauthorized Debit | | -525.00 | 172.97 |
| | PP ELEC BILL | | | |
| | 201231 | | | |
| 12-31 | **Ending totals** | **549.00** | **-1,132.34** | **$172.97** |

**S&T Bank**
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                          Page 2 of 2
December 31, 2020                                              0846

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $108.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | 1-2021 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 0 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 695.50 |
| (7) Telephone | 435 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 92 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify) Operational Exp | 3031 |
| (16) Total Actual Business Expenses Paid Out | 4720.5 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -4720.5 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 7666 |
| (21) Total Monthly Net Income | 2945.5 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 2945.5 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 2945.5 |

4

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: December 31, 2020
This statement: January 29, 2021
Total days in statement period: 29

Page 1 of 3
0846
(0)

STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Basic Business Checking

| | |
|---|---|
| Account number | )846 |
| Low balance | $95.41 |
| Average balance | $598.25 |
| Avg collected balance | $590 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | $172.97 |
| 01-04 | 'Elec Transfer Credit | 175.00 | | 347.97 |
| | FR ACC XXXXXXX7643DATE: 01-03-21 | | | |
| | TIME: 07:24:34 | | | |
| 01-04 | 'Elec Transfer Credit | 100.00 | | 447.97 |
| | FR ACC XXXXXXX7643DATE: 01-04-21 | | | |
| | TIME: 12:23:41 | | | |
| 01-04 | 'Check Card Refund | 47.12 | | 495.09 |
| | MERCHANT REFUND TERMINAL 443106 | | | |
| | CHECK ADVANTAGE LLC 888657975 WI | | | |
| | SEQ # 100126700434XXXXXXXXXXXXX8300 | | | |
| 01-04 | 'Check Card Purchase | | -47.12 | 447.97 |
| | MERCHANT PURCHASE TERMINAL 443106 | | | |
| | CHECK ADVANTAGE LLC 888657975 WI | | | |
| | SEQ # 100126700434XXXXXXXXXXXXX8300 | | | |
| 01-04 | 'Check Card Purchase | | -206.10 | 241.87 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | PAYPAL *JEFF VISA DIRE CA | | | |
| | SEQ # 100305343597XXXXXXXXXXXXX8300 | | | |
| 01-04 | 'Check Card Purchase | | -10.59 | 231.28 |
| | MERCHANT PURCHASE TERMINAL 432688 | | | |
| | ADVANCE AUTO PARTS 7802COLUMBIA PA | | | |
| | SEQ # 100422042000XXXXXXXXXXXXX8300 | | | |
| 01-04 | 'Check Card Purchase | | -47.12 | 184.16 |
| | MERCHANT PURCHASE TERMINAL 443106 | | | |
| | CHECK ADVANTAGE LLC 888 657 9 WI | | | |
| | SEQ # 100226083434XXXXXXXXXXXXX8300 | | | |

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER
January 29, 2021

Page 2 of 3
0846

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 462801<br>PILOT 00474 SUTTON WV<br>SEQ # 100418275379XXXXXXXXXXXX8300 | | -66.00 | 118.16 |
| 01-05 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442806<br>16TH ST CORP COLUMBIA PA<br>SEQ # 100421500586XXXXXXXXXXXX8300 | | -2.75 | 115.41 |
| 01-05 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449398<br>ONSTAR DATA PLAN AT T WWW ATT C TX<br>SEQ # 100428799472XXXXXXXXXXXX8300 | | -20.00 | 95.41 |
| 01-08 | 'Preauthorized Credit<br>TAX PRODUCTS PR1 XXTAXEIP2<br>STIXDVTH1NUV776 GOV PAYMENT REF:X<br>DVTH1NUV 111736106724776 | 2,400.00 | | 2,495.41 |
| 01-11 | 'Elec Transfer W/D<br>TO ACC XXXXXXX7643DATE: 01-11-21<br>TIME: 19:29:07 | | -2,000.00 | 495.41 |
| 01-14 | 'Mobile Deposit | 230.00 | | 725.41 |
| 01-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>VOICEJUNGLE 855 358 6 NC<br>SEQ # 101420300270XXXXXXXXXXXX8300 | | -90.00 | 635.41 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168<br>HARBOR FREIGHT TOOLS 159LANCASTER PA<br>SEQ # 101827091041XXXXXXXXXXXX8300 | | -226.64 | 408.77 |
| 01-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443105<br>ROYAL FARMS 126 WRIGHTSVI PA<br>SEQ # 102128838000XXXXXXXXXXXX8300 | | -3.98 | 404.79 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TRACTOR SUPPLY 21 50 PINE GROV PA<br>SEQ # 102326001018XXXXXXXXXXXX8300 | | -79.48 | 325.31 |
| 01-27 | 'Elec Transfer Credit<br>FR ACC XXXXXXX7643DATE: 01-27-21<br>TIME: 18:20:11 | 600.00 | | 925.31 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>AUTOZONE 1852 COLUMBIA PA<br>SEQ # 102728000822XXXXXXXXXXXX8300 | | -27.56 | 897.75 |
| 01-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 403454<br>MARATHON PETRO271502 COLUMBIA PA<br>SEQ # 102726003682XXXXXXXXXXXX8300 | | -13.49 | 884.26 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                     Page 3 of 3
January 29, 2021                                        0846

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 01-28 | 'Check Card Purchase | | -90.00 | 794.26 |
| | MERCHANT PURCHASE TERMINAL 403454 | | | |
| | MARATHON PETRO271502 COLUMBIA PA | | | |
| | SEQ # 102721003713XXXXXXXXXXXXX8300 | | | |
| 01-28 | 'Preauthorized Debit | | -695.50 | 98.76 |
| | PP ELEC BILL | | | |
| | 210128 | | | |
| 01-29 | **Ending totals** | **3,552.12** | **-3,626.33** | **$98.76** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | FEB2021 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 0 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 0 |
| (7) Telephone | 0 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 92 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify) Operational Exp | 50.74 |
| (16) Total Actual Business Expenses Paid Out | 609.74 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -609.74 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 2945.5 |
| (21) Total Monthly Net Income | 2335.76 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 2335.76 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 2335.76 |

5

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: January 29, 2021                Page 1 of 1
This statement: February 26, 2021                      846
Total days in statement period: 28              (0)

STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Basic Business Checking

| | |
|---|---|
| Account number | 0846 |
| Low balance | $48.02 |
| Average balance | $75.41 |
| Avg collected balance | $75 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-29 | Beginning balance | | | $98.76 |
| 02-02 | 'Check Card Purchase | | -20.00 | 78.76 |
| | MERCHANT PURCHASE TERMINAL 449398 | | | |
| | ONSTAR DATA PLAN AT T 800 331 0 TX | | | |
| | SEQ # 103320812433XXXXXXXXXXXX8300 | | | |
| 02-22 | 'Check Card Purchase | | -30.74 | 48.02 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | SQ SQUARE WEEBLY gosq com CA | | | |
| | SEQ # 105227100097XXXXXXXXXXXX8300 | | | |
| 02-26 | **Ending totals** | **.00** | **-50.74** | **$48.02** |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | March2021 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 0 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 0 |
| (7) Telephone | 0 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 0 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify)Operational Exp | 75.12 |
| (16) Total Actual Business Expenses Paid Out | 542.12 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -542.12 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 2335.76 |
| (21) Total Monthly Net Income | 1793.64 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 1793.64 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 1793.64 |

6

**S&T Bank**

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
MEMBER FDIC   stbank.com

Last statement: February 26, 2021                Page 1 of 2
This statement: March 31, 2021                          0846
Total days in statement period: 33              (0)

STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Basic Business Checking

| | |
|---|---|
| Account number | )846 |
| Low balance | $22.28 |
| Average balance | $36.26 |
| Avg collected balance | $36 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 02-26 | Beginning balance | | | $48.02 |
| 03-04 | 'Check Card Purchase | | −20.00 | 28.02 |
| | MERCHANT PURCHASE TERMINAL 449398 | | | |
| | ONSTAR DATA PLAN AT T 800 331 0 TX | | | |
| | SEQ # 106328812430XXXXXXXXXXXX8300 | | | |
| 03-22 | 'Elec Transfer Credit | 25.00 | | 53.02 |
| | FR ACC XXXXXXX7643DATE: 03-22-21 | | | |
| | TIME: 18:17:19 | | | |
| 03-22 | 'Check Card Purchase | | −30.74 | 22.28 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | SQ SQUARE WEEBLY gosq com CA | | | |
| | SEQ # 108128100853XXXXXXXXXXXX8300 | | | |
| 03-24 | 'Elec Transfer Credit | 50.00 | | 72.28 |
| | FR ACC XXXXXXX7643DATE: 03-24-21 | | | |
| | TIME: 17:21:46 | | | |
| 03-25 | 'Check Card Purchase | | −24.38 | 47.90 |
| | MERCHANT PURCHASE TERMINAL 423168 | | | |
| | MOES 6056 LANCASTER PA | | | |
| | SEQ # 108428698402XXXXXXXXXXXX8300 | | | |
| 03-31 | **Ending totals** | **75.00** | **−75.12** | **$47.90** |

**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | APR2021 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 0 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 0 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 0 |
| (7) Telephone | 0 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 0 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify)Operational Exp | 198.74 |
| (16) Total Actual Business Expenses Paid Out | 665.74 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -665.74 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 1793.64 |
| (21) Total Monthly Net Income | 1127.9 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 1127.9 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 1127.9 |

7

**S&T Bank**

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

MEMBER FDIC

```
Last statement: March 31, 2021              Page 1 of 2
This statement: April 30, 2021                      1846
Total days in statement period: 30           (0)
```

```
STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329
```

## Basic Business Checking

```
Account number                '846
Low balance                   $9.16
Average balance               $33.31
Avg collected balance         $33
```

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 03-31 | Beginning balance | | | $47.90 |
| 04-05 | 'Check Card Purchase | | -20.00 | 27.90 |
| | MERCHANT PURCHASE TERMINAL 449398 | | | |
| | ONSTAR DATA PLAN AT T 800 331 0 TX | | | |
| | SEQ # 109325812428XXXXXXXXXXXX8300 | | | |
| 04-14 | 'Elec Transfer Credit | 100.00 | | 127.90 |
| | FR ACC XXXXXXX7643 DATE: 04-14-21 | | | |
| | TIME: 06:11:04 | | | |
| 04-15 | 'Check Card Purchase | | -65.00 | 62.90 |
| | MERCHANT PURCHASE TERMINAL 475542 | | | |
| | VOICE JUNGLE 855 35864 NC | | | |
| | SEQ # 110427271046XXXXXXXXXXXX8300 | | | |
| 04-19 | 'Check Card Purchase | | -38.00 | 24.90 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | OnStar 888 4ONST MI | | | |
| | SEQ # 110726100815XXXXXXXXXXXX8300 | | | |
| 04-22 | 'Elec Transfer Credit | 20.00 | | 44.90 |
| | FR ACC XXXXXXX7643 DATE: 04-22-21 | | | |
| | TIME: 19:27:38 | | | |
| 04-22 | 'Check Card Purchase | | -30.74 | 14.16 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | SQ SQUARE WEEBLY gosq com CA | | | |
| | SEQ # 111128100749XXXXXXXXXXXX8300 | | | |
| 04-26 | 'Elec Transfer Credit | 40.00 | | 54.16 |
| | FR ACC XXXXXXX7643 DATE: 04-24-21 | | | |
| | TIME: 07:08:26 | | | |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                          Page 2 of 2
April 30, 2021                                                '0846

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-26 | 'Check Card Purchase | | −45.00 | 9.16 |
| | MERCHANT PURCHASE TERMINAL 475542 | | | |
| | VOICE JUNGLE 855 35864 NC | | | |
| | SEQ # 111427271148XXXXXXXXXXXX8300 | | | |
| 04-30 | **Ending totals** | **160.00** | **-198.74** | **$9.16** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|--|--|--|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | MindMotion Films |
| *Month/Year* | May2021 |

| BUSINESS INCOME | |
|---|---|
| (1) Actual Income from Sales & Service | 1850 |
| (2) Other (specify) | |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 1850 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | 0 |
| (6) Utilities (electricity, water, gas, sewer) | 476 |
| (7) Telephone | 0 |
| (8) Insurance | |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 0 |
| (13) Other (specify) SUBSCRIPTIONS/SERVICES | 242 |
| (14) Other (specify) EQU. STORAGE | 225 |
| (15) Other (specify)Operational Exp | 1387 |
| (16) Total Actual Business Expenses Paid Out | 2330 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (17) Net Business Income/Loss | -480 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | 0 |
| (20) Amount carried over from last month | 1793.64 |
| (21) Total Monthly Net Income | 1313.64 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (electricity, water, gas, sewer) | |
| (24) Telephone | |
| (25) Food | |
| (26) Transportation (fuel, tolls, parking) | |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 0 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income | 1313.64 |
| (34) Monthly Chapter 13 Plan Payment | |
| (35) Net Excess Income (loss) | 1313.64 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: April 30, 2021
This statement: May 28, 2021
Total days in statement period: 28

Page 1 of 2
0846
(0)

STEVE STRICKLER
DBA
STEVEN W STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Basic Business Checking

| | |
|---|---|
| Account number | .0846 |
| Low balance | $1.96 |
| Average balance | $182.12 |
| Avg collected balance | $182 |

## DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $9.16 |
| 05-03 | Deposit | 1,850.00 | | 1,859.16 |
| 05-03 | 'Elec Transfer Credit<br>FR ACC XXXXXXX7643DATE: 05-03-21<br>TIME: 04:50:46 | 20.00 | | 1,879.16 |
| 05-03 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449398<br>ONSTAR DATA PLAN AT T 800 331 0 TX<br>SEQ # 112327812416XXXXXXXXXXXXX8300 | | -20.00 | 1,859.16 |
| 05-04 | 'Preauthorized Debit<br>PP ELEC BILL<br>210504 | | -476.42 | 1,382.74 |
| 05-05 | 'Elec Transfer W/D<br>TO ACC XXXXXXX7643DATE: 05-05-21<br>TIME: 07:16:10 | | -1,200.00 | 182.74 |
| 05-07 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>PAYPAL LINDAMISSH A 402 935 7 CA<br>SEQ # 112624852491XXXXXXXXXXXXX8300 | | -12.95 | 169.79 |
| 05-12 | 'Elec Transfer W/D<br>TO ACC XXXXXXX7643DATE: 05-12-21<br>TIME: 15:23:58 | | -100.00 | 69.79 |
| 05-18 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>ONSTAR SERVICES 888 4ONST MI<br>SEQ # 113824100280XXXXXXXXXXXXX8300 | | -37.09 | 32.70 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                      Page 2 of 2
May 28, 2021                                              ·846

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-24 | 'Check Card Purchase | | −30.74 | 1.96 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | SQ SQUARE WEEBLY gosq com CA | | | |
| | SEQ # 114227100169XXXXXXXXXXXX8300 | | | |
| 05-28 | **Ending totals** | **1,870.00** | **-1,877.20** | **$1.96** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|------|-------------|--------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |