**Monthly Financial Report of Business Operations**

*Debtor Name*  Steve Strickler
*Case #*  2013673
*Business Name*  Walnut Road Collection, LLC
*Month/Year*  01-2021

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | 13,773.75 |
| (2) Other (specify) Discounts and Comps | -1,780.79 |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 11,992.96 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | 320 |
| (6) Utilities (electricity, water, gas, sewer) | 359 |
| (7) Telephone | 378 |
| (8) Insurance | 257 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 165 |
| (13) Other (specify) RAW MATERIALS and Supplies | 7455.79 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 1200 |
| (15) Other (specify) Machining subcontracted | 0 |
| (16) Total Actual Business Expenses Paid Out | 10134.79 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (17) Net Business Income/Loss | 1858.17 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | 3871.55 |
| (21) Total Monthly Net Income | 5729.72 |
| **PERSONAL** | |
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 456 |
| (24) Telephone | 435 |
| (25) Food | 478 |
| (26) Transportation (fuel, tolls, parking) | 140 |
| (27) Other (specify) Vehicle Repairs/Inspection | 42 |
| (28) Other (specify) Cable/Internet | 155 |
| (29) Eye Care | 150 |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 4456 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income | 1273.72 |
| (34) Monthly Chapter 13 Plan Payment | 1967 |
| (35) Net Excess Income (loss) | -693.28 |

1

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: December 31, 2020        Page 1 of 9
This statement: January 29, 2021                543
Total days in statement period: 29         (0)

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

| | |
|---|---|
| Account number | 7643 |
| Low balance | $226.70 |
| Average balance | $1,792.87 |
| Avg collected balance | $1,702 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | $3,660.20 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 036627030014XXXXXXXXXXXX4089 | | -10.71 | 3,649.49 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MUSSER S MARKET G COLUMBIA PA<br>SEQ # 036620720202XXXXXXXXXXXX4089 | | -61.80 | 3,587.69 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0305 COLUMBIA PA<br>SEQ # 100224000739XXXXXXXXXXXX4089 | | -23.48 | 3,564.21 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0103 ELIZABETH PA<br>SEQ # 100323001054XXXXXXXXXXXX4089 | | -15.37 | 3,548.84 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>TACO BELL 024418 ELIZABETH PA<br>SEQ # 100329838007XXXXXXXXXXXX4089 | | -26.13 | 3,522.71 |
| 01-04 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 100327390000XXXXXXXXXXXX4089 | | -45.25 | 3,477.46 |

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

S&T Bank
MEMBER FDIC

STEVE STRICKLER                                                                             Page 2 of 9
January 29, 2021                                                                            643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 01-04 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 01-03-21<br>TIME: 07:24:34 | | -175.00 | 3,302.46 |
| 01-04 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 01-04-21<br>TIME: 12:23:41 | | -100.00 | 3,202.46 |
| 01-04 | 'Preauthorized Debit<br>Nationstar dba Mr Cooper<br>210104 | | -2,600.00 | 602.46 |
| 01-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>ADOBE 800 833 66 87 ADOBE LY CA<br>SEQ # 100524100651XXXXXXXXXXXXX4089 | | -56.17 | 546.29 |
| 01-07 | 'Preauthorized Debit<br>ONLINE BANKING FEE<br>210107 TRANSACTIONAL | | -3.00 | 543.29 |
| 01-11 | 'Elec Transfer Credit<br>FR ACC XXXXXXX0846DATE: 01-11-21<br>TIME: 19:29:07 | 2,000.00 | | 2,543.29 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>WWW CVS COM 888 607 4 IN<br>SEQ # 101020100494XXXXXXXXXXXXX4089 | | -2.00 | 2,541.29 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>SPEEDWAY 06780 NEW PROVI PA<br>SEQ # 101027001142XXXXXXXXXXXXX4089 | | -30.00 | 2,511.29 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 405522<br>GOODSSTOREINCQUARRYVILLEQUARRYVIL PA<br>SEQ # 101029091219XXXXXXXXXXXXX4089 | | -65.83 | 2,445.46 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 405522<br>MECKS PRODUCE STRASBURG PA<br>SEQ # 100925091140XXXXXXXXXXXXX4089 | | -56.78 | 2,388.68 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 473309<br>WINE AND SPIRITS 3619 WILLOW ST PA<br>SEQ # 100926756205XXXXXXXXXXXXX4089 | | -26.49 | 2,362.19 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>TACO BELL 024410 WILLOW ST PA<br>SEQ # 101023838003XXXXXXXXXXXXX4089 | | -21.92 | 2,340.27 |
| 01-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 432688<br>ADVANCE AUTO PARTS 7802COLUMBIA PA<br>SEQ # 101027042000XXXXXXXXXXXXX4089 | | -32.84 | 2,307.43 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                          Page 3 of 9
January 29, 2021                                                              643
```

| Date  | Description                                 | Additions | Subtractions | Balance  |
|-------|---------------------------------------------|-----------|--------------|----------|
| 01-11 | 'Pmt Debit                                  |           | -9.99        | 2,297.44 |
|       | TERMINAL 002 MKWVXS89GJA0                   |           |              |          |
|       | APPLE COM BILL CUPERTINO CA                 |           |              |          |
|       | SEQ # 100923062529XXXXXXXXXXXX4089          |           |              |          |
| 01-11 | 'Check Card Purchase                        |           | -14.83       | 2,282.61 |
|       | MERCHANT PURCHASE TERMINAL 416407           |           |              |          |
|       | TARGET 0002 8670 LANCASTER PA               |           |              |          |
|       | SEQ # 101025091007XXXXXXXXXXXX4089          |           |              |          |
| 01-11 | 'Check Card Purchase                        |           | -24.73       | 2,257.88 |
|       | MERCHANT PURCHASE TERMINAL 413746           |           |              |          |
|       | NORDSTROM RACK 65 2 LANCASTER PA            |           |              |          |
|       | SEQ # 101128001032XXXXXXXXXXXX4089          |           |              |          |
| 01-11 | 'Check Card Purchase                        |           | -13.29       | 2,244.59 |
|       | MERCHANT PURCHASE TERMINAL 416407           |           |              |          |
|       | TARGET 0002 8670 LANCASTER PA               |           |              |          |
|       | SEQ # 101023091007XXXXXXXXXXXX4089          |           |              |          |
| 01-11 | 'Check Card Purchase                        |           | -11.49       | 2,233.10 |
|       | MERCHANT PURCHASE TERMINAL 442733           |           |              |          |
|       | WEIS MARKETS 017 LANCASTER PA               |           |              |          |
|       | SEQ # 101029720208XXXXXXXXXXXX4089          |           |              |          |
| 01-11 | 'Preauthorized Debit                        |           | -150.00      | 2,083.10 |
|       | Greenlight WEB PMTS                         |           |              |          |
|       | 210111                                      |           |              |          |
| 01-11 | 'Preauthorized Debit                        |           | -4.99        | 2,078.11 |
|       | Greenlight WEB PMTS                         |           |              |          |
|       | 210111                                      |           |              |          |
| 01-13 | 'Preauthorized Debit                        |           | -166.23      | 1,911.88 |
|       | COMCAST CABLE                               |           |              |          |
|       | 210113                                      |           |              |          |
| 01-14 | 'Check Card Purchase                        |           | -150.00      | 1,761.88 |
|       | MERCHANT PURCHASE TERMINAL 475542           |           |              |          |
|       | EYE CARE GROUP OF LANCASLANCASTER PA        |           |              |          |
|       | SEQ # 101329160137XXXXXXXXXXXX4089          |           |              |          |
| 01-15 | 'Check Card Purchase                        |           | -100.00      | 1,661.88 |
|       | MERCHANT PURCHASE TERMINAL 416407           |           |              |          |
|       | SHEETZ 0224 0000 2246 YORK PA               |           |              |          |
|       | SEQ # 101420498008XXXXXXXXXXXX4089          |           |              |          |
| 01-15 | 'Check Card Purchase                        |           | -31.69       | 1,630.19 |
|       | MERCHANT PURCHASE TERMINAL 442733           |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA          |           |              |          |
|       | SEQ # 101428710000XXXXXXXXXXXX4089          |           |              |          |
| 01-15 | 'Check Card Purchase                        |           | -239.11      | 1,391.08 |
|       | MERCHANT PURCHASE TERMINAL 469216           |           |              |          |
|       | LIDL 1352 LANCASTER PA                      |           |              |          |
|       | SEQ # 101524100342XXXXXXXXXXXX4089          |           |              |          |

**S&T Bank**
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                    Page 4 of 9
January 29, 2021                                                   7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-15 | 'POS Purchase<br>POS PURCHASE TERMINAL 30237114<br>CVS/PHARMACY #02 LANCASTER PA<br>SEQ # 101400147272XXXXXXXXXXXX4089 | | -1.00 | 1,390.08 |
| 01-15 | 'POS Purchase<br>POS PURCHASE TERMINAL 30237117<br>CVS/PHARMACY #02 LANCASTER PA<br>SEQ # 101400178693XXXXXXXXXXXX4089 | | -3.19 | 1,386.89 |
| 01-19 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - XTMSYOUO<br>SEQ # 101985009131XXXXXXXXXXXX4089 | 1,120.00 | | 2,506.89 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>LUCKY DOG CAFE LA NCAS 717 39292 PA<br>SEQ # 101527105402XXXXXXXXXXXX4089 | | -12.00 | 2,494.89 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 101628100412XXXXXXXXXXXX4089 | | -18.53 | 2,476.36 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>AUTOZONE 6146 YORK PA<br>SEQ # 101728001121XXXXXXXXXXXX4089 | | -19.06 | 2,457.30 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168<br>HARBOR FREIGHT TOOLS 164YORK PA<br>SEQ # 101723091035XXXXXXXXXXXX4089 | | -20.23 | 2,437.07 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TRACTOR SUPPLY CO 0234 YORK PA<br>SEQ # 101723001121XXXXXXXXXXXX4089 | | -23.17 | 2,413.90 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>RUTTER S FARM STRE WRIGHTSVI PA<br>SEQ # 101729710000XXXXXXXXXXXX4089 | | -16.98 | 2,396.92 |
| 01-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 101722027010XXXXXXXXXXXX4089 | | -25.06 | 2,371.86 |
| 01-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>WIX COM PREMIUM PLAN WWW WIX C CA<br>SEQ # 101925000023XXXXXXXXXXXX4089 | | -34.98 | 2,336.88 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                    Page 5 of 9
January 29, 2021                                                        7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>THE UPS STORE 3413 717 29992 PA<br>SEQ # 101928125403XXXXXXXXXXXX4089 | | -58.75 | 2,278.13 |
| 01-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>HAVERSTICK BROS I NC LANCASTER PA<br>SEQ # 101920612000XXXXXXXXXXXX4089 | | -81.73 | 2,196.40 |
| 01-20 | 'POS Purchase<br>POS PURCHASE TERMINAL 74844005<br>WENDYS #6449 COLUMBIA PA<br>SEQ # 102000337640XXXXXXXXXXXX4089 | | -12.71 | 2,183.69 |
| 01-20 | 'Preauthorized Debit<br>TFS 888-729-2413 TFS PAY<br>210120 | | -1,956.99 | 226.70 |
| 01-21 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - GXDSELXT<br>SEQ # 102191629114XXXXXXXXXXXX4089 | 1,425.00 | | 1,651.70 |
| 01-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0544 0000 5447 MILLERSVI PA<br>SEQ # 102020498002XXXXXXXXXXXX4089 | | -29.69 | 1,622.01 |
| 01-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102025030013XXXXXXXXXXXX4089 | | -12.56 | 1,609.45 |
| 01-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 475076<br>COLUMBIA PIZZA COLUMBIA PA<br>SEQ # 102020900018XXXXXXXXXXXX4089 | | -15.37 | 1,594.08 |
| 01-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400341<br>FRICKE HARDWARE AND RENT717 68478 PA<br>SEQ # 102023900019XXXXXXXXXXXX4089 | | -30.16 | 1,563.92 |
| 01-21 | 'Pmt Debit<br>TERMINAL 002 MKWVZXKSTJA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 102021387663XXXXXXXXXXXX4089 | | -4.23 | 1,559.69 |
| 01-21 | 'Pmt Debit<br>TERMINAL 002 MKWW13KXGZA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 102023063201XXXXXXXXXXXX4089 | | -3.17 | 1,556.52 |
| 01-22 | 'Mobile Deposit | 877.23 | | 2,433.75 |



S&T Bank
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                                 Page 6 of 9
January 29, 2021                                                                /643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 01-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F7641 COLUMBIA PA<br>SEQ # 102128720214XXXXXXXXXXXX4089 |  | -5.81 | 2,427.94 |
| 01-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0231 LANCASTER PA<br>SEQ # 102222001215XXXXXXXXXXXX4089 |  | -18.99 | 2,408.95 |
| 01-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>JOHN HERR S VILLAGE MILLERSVI PA<br>SEQ # 102128720222XXXXXXXXXXXX4089 |  | -87.04 | 2,321.91 |
| 01-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>JOHN HERR S VILLAGE MILLERSVI PA<br>SEQ # 102129720222XXXXXXXXXXXX4089 |  | -4.49 | 2,317.42 |
| 01-25 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - ITLLNB0G<br>SEQ # 102223651031XXXXXXXXXXXX4089 | 1,740.00 |  | 4,057.42 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>HURRICANE PIZZA GRILL 717 68460 PA<br>SEQ # 102220139402XXXXXXXXXXXX4089 |  | -33.00 | 4,024.42 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0269 0000 2691 EPHRATA PA<br>SEQ # 102220498001XXXXXXXXXXXX4089 |  | -20.00 | 4,004.42 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0544 0000 5447 MILLERSVI PA<br>SEQ # 102326498007XXXXXXXXXXXX4089 |  | -12.38 | 3,992.04 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 455194<br>CHINA WOK MILLERSVI PA<br>SEQ # 102420030046XXXXXXXXXXXX4089 |  | -9.81 | 3,982.23 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INT QuickBooks Online 800 446 8 CA<br>SEQ # 102329100074XXXXXXXXXXXX4089 |  | -42.40 | 3,939.83 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 102523390000XXXXXXXXXXXX4089 |  | -17.62 | 3,922.21 |

**S&T Bank**
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                                             Page 7 of 9
January 29, 2021                                                                                     643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102428030020XXXXXXXXXXXX4089 | | -48.66 | 3,873.55 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>CKE HINKLE S RESTAUR 261COLUMBIA PA<br>SEQ # 102425300393XXXXXXXXXXXX4089 | | -41.02 | 3,832.53 |
| 01-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102422027010XXXXXXXXXXXX4089 | | -25.73 | 3,806.80 |
| 01-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>HURRICANE PIZZA GRILL 717 68460 PA<br>SEQ # 102523154602XXXXXXXXXXXX4089 | | -62.47 | 3,744.33 |
| 01-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>FRAME IO HTTPSFRAM NY<br>SEQ # 102521637067XXXXXXXXXXXX4089 | | -29.00 | 3,715.33 |
| 01-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 102625390000XXXXXXXXXXXX4089 | | -33.58 | 3,681.75 |
| 01-26 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210126 | | -150.00 | 3,531.75 |
| 01-26 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210126 | | -20.00 | 3,511.75 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102626030013XXXXXXXXXXXX4089 | | -24.68 | 3,487.07 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 102623100297XXXXXXXXXXXX4089 | | -3.17 | 3,483.90 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>J2 EVOICE 866 761 8 CA<br>SEQ # 102625100381XXXXXXXXXXXX4089 | | -23.68 | 3,460.22 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>ZOHO WORKPLACE HTTPSWWW CA<br>SEQ # 102627637113XXXXXXXXXXXX4089 | | -11.13 | 3,449.09 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                              Page 8 of 9
January 29, 2021                                             /643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>JOHN HERR S VILLAGE MILLERSVI PA<br>SEQ # 102620720220XXXXXXXXXXXX4089 | | -13.84 | 3,435.25 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0305 COLUMBIA PA<br>SEQ # 102724001082XXXXXXXXXXXX4089 | | -20.49 | 3,414.76 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 102720390000XXXXXXXXXXXX4089 | | -7.44 | 3,407.32 |
| 01-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 102627720208XXXXXXXXXXXX4089 | | -7.46 | 3,399.86 |
| 01-27 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 01-27-21<br>TIME: 18:20:11 | | -600.00 | 2,799.86 |
| 01-27 | Check  501 | | -1,200.00 | 1,599.86 |
| 01-27 | Check  502 | | -101.55 | 1,498.31 |
| 01-27 | Check  504 | | -350.00 | 1,148.31 |
| 01-28 | 'Preauthorized Credit<br>Square Inc SQ210128<br>210128 | 1,145.00 | | 2,293.31 |
| 01-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0544 0000 5447 MILLERSVI PA<br>SEQ # 102728498004XXXXXXXXXXXX4089 | | -23.17 | 2,270.14 |
| 01-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>SHARP SHOPPER GROCE MIDDLETOW PA<br>SEQ # 102724730239XXXXXXXXXXXX4089 | | -82.55 | 2,187.59 |
| 01-28 | 'Pmt Debit<br>TERMINAL 002 MKWW3GZ93KA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 102808451415XXXXXXXXXXXX4089 | | -15.89 | 2,171.70 |
| 01-28 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210128 | | -75.00 | 2,096.70 |
| 01-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F6076 LANCASTER PA<br>SEQ # 102825710036XXXXXXXXXXXX4089 | | -6.97 | 2,089.73 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                      Page 9 of 9
January 29, 2021                                                           7643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 01-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443105<br>ROYAL FARMS 260 LANCASTER PA<br>SEQ # 102828838000XXXXXXXXXXXX4089 | | -2.59 | 2,087.14 |
| 01-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>TACO BELL 024418 ELIZABETH PA<br>SEQ # 102820838001XXXXXXXXXXXX4089 | | -10.04 | 2,077.10 |
| 01-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102828030013XXXXXXXXXXXX4089 | | -24.68 | 2,052.42 |
| 01-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>WIX COM MAILBOXES G WWW WIX C CA<br>SEQ # 102821000029XXXXXXXXXXXX4089 | | -12.72 | 2,039.70 |
| 01-29 | 'Maintenance Fee | | -10.00 | 2,029.70 |
| 01-29 | **Ending totals** | **8,307.23** | **-9,937.73** | **$2,029.70** |

**CHECKS**

| Number | Date  | Amount   | Number | Date  | Amount |
|--------|-------|----------|--------|-------|--------|
| 501    | 01-27 | 1,200.00 | 504 *  | 01-27 | 350.00 |
| 502    | 01-27 | 101.55   | * Skip in check sequence | | |

**FEE INFORMATION**

Following is a **description** of the maintenance fee for the period 01/01/21 to 01/29/21.

| | |
|---|---|
| Maintenance Fee | 10.00 |
| Total Maintenance Fee | 10.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |