**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | Walnut Road Collection, LLC |
| *Month/Year* | 02-2021 |

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | $16716.49 |
| (2) Other (specify) Discounts and Comps | -$2,223.25 |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | $14493.24 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (5) Rent/Lease | 285 |
| (6) Utilities (electricity, water, gas, sewer) | 390 |
| (7) Telephone | 370 |
| (8) Insurance | 257 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 140 |
| (13) Other (specify) RAW MATERIALS and Supplies | 5250.44 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 0 |
| (15) Other (specify) Machining subcontracted | 0 |
| (16) Total Actual Business Expenses Paid Out | 6692.44 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (17) Net Business Income/Loss | 7800.8 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | -693.28 |
| (21) Total Monthly Net Income | 7107.52 |

| PERSONAL | |
|---|---:|
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 456 |
| (24) Telephone | 325 |
| (25) Food | 720 |
| (26) Transportation (fuel, tolls, parking) | 140 |
| (27) Other (specify) Vehicle Repairs/Inspection | 0 |
| (28) Other (specify) Cable/Internet | 155 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 4396 |

| NET INCOME (LOSS) | |
|---|---:|
| (33) Gross Excess Income | 2711.52 |
| (34) Monthly Chapter 13 Plan Payment | 1950 |
| (35) Net Excess Income (loss) | 761.52 |

1

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
Last statement: January 29, 2021                 Page 1 of 5
This statement: February 26, 2021                    643
Total days in statement period: 28                   (0)
```

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

```
Account number                   543
Low balance                      $278.27
Average balance                  $1,473.98
Avg collected balance            $1,424
```

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-29 | Beginning balance | | | $2,029.70 |
| 02-01 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - 01XOHIWJ<br>SEQ # 103204822944XXXXXXXXXXXX4089 | 2,000.00 | | 4,029.70 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 102928030013XXXXXXXXXXXX4089 | | -25.68 | 4,004.02 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM 863538463 800 60009 NY<br>SEQ # 102927112950XXXXXXXXXXXX4089 | | -6.34 | 3,997.68 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400341<br>WEAVER DISTRIBUTING 717 86574 PA<br>SEQ # 102928900011XXXXXXXXXXXX4089 | | -16.91 | 3,980.77 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400341<br>WEAVER DISTRIBUTING 717 86574 PA<br>SEQ # 102924900011XXXXXXXXXXXX4089 | | -23.59 | 3,957.18 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AIRGAS USA LLC 866 935 3 OH<br>SEQ # 103025100746XXXXXXXXXXXX4089 | | -170.34 | 3,786.84 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                         Page 2 of 5
February 26, 2021                                                            /643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>SQ DIVINE SWINE I N OUManheim PA<br>SEQ # 103024100549XXXXXXXXXXXX4089 | | -67.84 | 3,719.00 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 475542<br>KEENER TIRE SERVICE ELIZABETH PA<br>SEQ # 102924160297XXXXXXXXXXXX4089 | | -419.52 | 3,299.48 |
| 02-01 | 'Pmt Debit<br>TERMINAL 002 MKWW41N4ZLA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 103001394564XXXXXXXXXXXX4089 | | -10.59 | 3,288.89 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0048 MILLERSVI PA<br>SEQ # 103120001161XXXXXXXXXXXX4089 | | -30.00 | 3,258.89 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494301<br>THE HOME DEPOT 41 31 LANCASTER PA<br>SEQ # 103120010201XXXXXXXXXXXX4089 | | -157.94 | 3,100.95 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 423168<br>POPEYES 11780 LANCASTER PA<br>SEQ # 103125091000XXXXXXXXXXXX4089 | | -24.25 | 3,076.70 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 103120390000XXXXXXXXXXXX4089 | | -46.25 | 3,030.45 |
| 02-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 103127030020XXXXXXXXXXXX4089 | | -24.68 | 3,005.77 |
| 02-01 | 'Preauthorized Debit<br>Nationstar dba Mr Cooper<br>210201 | | -2,600.00 | 405.77 |
| 02-01 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210201 | | -40.00 | 365.77 |
| 02-02 | Deposit | 3,000.00 | | 3,365.77 |
| 02-03 | Check  505 | | -87.50 | 3,278.27 |
| 02-04 | Check  527 | | -3,000.00 | 278.27 |
| 02-05 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - EL8O7PCR<br>SEQ # 103695469803XXXXXXXXXXXX4089 | 100.00 | | 378.27 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                                 Page 3 of 5
February 26, 2021                                                               7643

| Date  | Description                              | Additions | Subtractions | Balance  |
|-------|------------------------------------------|-----------|--------------|----------|
| 02-05 | 'Check Card Purchase                     |           | -10.59       | 367.68   |
|       | MERCHANT PURCHASE TERMINAL 443099        |           |              |          |
|       | APPLE COM BILL 800 275 2 CA              |           |              |          |
|       | SEQ # 103526828701XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Trsf Credit                             | 500.00    |              | 867.68   |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - 6PMQF6BT                        |           |              |          |
|       | SEQ # 103980778316XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -56.17       | 811.51   |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | ADOBE 800 833 66 87 ADOBE LY CA          |           |              |          |
|       | SEQ # 103626100137XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -20.63       | 790.88   |
|       | MERCHANT PURCHASE TERMINAL 407314        |           |              |          |
|       | SMITH S HOTEL COLUMBIA PA                |           |              |          |
|       | SEQ # 103620900019XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -165.00      | 625.88   |
|       | MERCHANT PURCHASE TERMINAL 475542        |           |              |          |
|       | EYE CARE GROUP OF LANCASLANCASTER PA     |           |              |          |
|       | SEQ # 103624170362XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -22.26       | 603.62   |
|       | MERCHANT PURCHASE TERMINAL 449398        |           |              |          |
|       | COFFEE AND CREAM COLUMBIA PA             |           |              |          |
|       | SEQ # 103721400420XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -23.00       | 580.62   |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | PENN MANOR BEVERAGE MILLERSVI PA         |           |              |          |
|       | SEQ # 103824030019XXXXXXXXXXXX4089       |           |              |          |
| 02-08 | 'Check Card Purchase                     |           | -16.43       | 564.19   |
|       | MERCHANT PURCHASE TERMINAL 475076        |           |              |          |
|       | COLUMBIA PIZZA COLUMBIA PA               |           |              |          |
|       | SEQ # 103824900010XXXXXXXXXXXX4089       |           |              |          |
| 02-09 | Deposit                                  | 800.00    |              | 1,364.19 |
| 02-09 | 'Trsf Credit                             | 550.00    |              | 1,914.19 |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - CA5QQKJF                        |           |              |          |
|       | SEQ # 104008637041XXXXXXXXXXXX4089       |           |              |          |
| 02-09 | 'Preauthorized Debit                     |           | -478.26      | 1,435.93 |
|       | ATT Payment                              |           |              |          |
|       | 210209                                   |           |              |          |
| 02-09 | 'Preauthorized Debit                     |           | -100.00      | 1,335.93 |
|       | Greenlight WEB PMTS                      |           |              |          |
|       | 210209                                   |           |              |          |
| 02-09 | 'Preauthorized Debit                     |           | -3.00        | 1,332.93 |
|       | ONLINE BANKING FEE                       |           |              |          |
|       | 210209 TRANSACTIONAL                     |           |              |          |
| 02-10 | 'Mobile Deposit                          | 1,380.00  |              | 2,712.93 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                                                                     Page 4 of 5
February 26, 2021                                                                                        1643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 02-10 | 'Pmt Debit<br>TERMINAL 002 MKWW7H2FZ3A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 104023872337XXXXXXXXXXXX4089 |  | -9.99 | 2,702.94 |
| 02-11 | 'Preauthorized Debit<br>COMCAST CABLE<br>210211 |  | -155.08 | 2,547.86 |
| 02-12 | Check   528 |  | -394.64 | 2,153.22 |
| 02-16 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F6076 LANCASTER PA<br>SEQ # 104624710012XXXXXXXXXXXX4089 |  | -17.01 | 2,136.21 |
| 02-16 | 'Pmt Debit<br>TERMINAL 002 MKWW86LYSNA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 104703301689XXXXXXXXXXXX4089 |  | -4.23 | 2,131.98 |
| 02-16 | 'Preauthorized Debit<br>NATIONAL GENERAL PAYMENT<br>210216 |  | -507.14 | 1,624.84 |
| 02-16 | Check   651 |  | -624.00 | 1,000.84 |
| 02-19 | 'Preauthorized Debit<br>Square Inc 210219P2<br>210219 |  | -40.89 | 959.95 |
| 02-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM Premium Plan 800 60009 NY<br>SEQ # 105022114497XXXXXXXXXXXX4089 |  | -34.98 | 924.97 |
| 02-22 | 'Pmt Debit<br>TERMINAL 002 MKWW9MQXMTA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 105121133959XXXXXXXXXXXX4089 |  | -4.23 | 920.74 |
| 02-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INT QuickBooks Online 800 446 8 CA<br>SEQ # 105424100357XXXXXXXXXXXX4089 |  | -42.40 | 878.34 |
| 02-25 | Deposit | 2,400.00 |  | 3,278.34 |
| 02-25 | 'Pmt Debit<br>TERMINAL 002 MKWWBZBNFFA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 105522000588XXXXXXXXXXXX4089 |  | -6.34 | 3,272.00 |
| 02-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>FRAME IO HTTPSFRAM NY<br>SEQ # 105625637605XXXXXXXXXXXX4089 |  | -29.00 | 3,243.00 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                                                   Page 5 of 5
February 26, 2021                                                                   ¨643

| Date  | Description                                                                                                             | Additions | Subtractions | Balance    |
|-------|-------------------------------------------------------------------------------------------------------------------------|-----------|--------------|------------|
| 02-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0222 HERSHEY PA<br>SEQ # 105724001230XXXXXXXXXXXX4089 |           | -100.00      | 3,143.00   |
| 02-26 | 'Preauthorized Debit<br>TFS 888-729-2413 TFS PAY<br>210226                                                               |           | -1,956.99    | 1,186.01   |
| 02-26 | 'Maintenance Fee                                                                                                         |           | -10.00       | 1,176.01   |
| 02-26 | **Ending totals**                                                                                                        | 10,730.00 | -11,583.69   | **$1,176.01** |

**CHECKS**

| Number | Date  | Amount   | Number | Date  | Amount |
|--------|-------|----------|--------|-------|--------|
| 505    | 02-03 | 87.50    | 651 *  | 02-16 | 624.00 |
| 527 *  | 02-04 | 3,000.00 | * Skip in check sequence |  |  |
| 528    | 02-12 | 394.64   |        |       |        |

**FEE INFORMATION**

Following is a description of the maintenance fee for the period 01/30/21 to 02/26/21.

| | |
|---|---|
| Maintenance Fee | 10.00 |
| Total Maintenance Fee | 10.00 |

**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |