**Monthly Financial Report of Business Operations**

| | |
|---|---|
| **Debtor Name** | Steve Strickler |
| **Case #** | 2013673 |
| **Business Name** | Walnut Road Collection, LLC |
| **Month/Year** | 03-2021 |

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | 39,340.00 |
| (2) Other (specify) Discounts and Comps | -6,660.88 |
| (3) Other (other sales) | 0 |
| (4) TOTAL Actual Income | 32679.12 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (5) Rent/Lease | 285 |
| (6) Utilities (electricity, water, gas, sewer) | 497 |
| (7) Telephone | 379 |
| (8) Insurance | 257 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 422 |
| (13) Other (specify) RAW MATERIALS and Supplies | 18610.23 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 1200 |
| (15) Other (specify) Machining subcontracted | 1422 |
| (16) Total Actual Business Expenses Paid Out | 23072.23 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (17) Net Business Income/Loss | 9606.89 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | 761.52 |
| (21) Total Monthly Net Income | 10368.41 |

| PERSONAL | |
|---|---:|
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 456 |
| (24) Telephone | 435 |
| (25) Food | 785 |
| (26) Transportation (fuel, tolls, parking) | 425 |
| (27) Other (specify) Vehicle Repairs/Inspection | 120 |
| (28) Other (specify) Cable/Internet | 165 |
| (29) Medical | 150 |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 5136 |

| NET INCOME (LOSS) | |
|---|---:|
| (33) Gross Excess Income | 5232.41 |
| (34) Monthly Chapter 13 Plan Payment | 1950 |
| (35) Net Excess Income (loss) | 3282.41 |

1

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: February 26, 2021                     Page 1 of 8
This statement: March 31, 2021                              7643
Total days in statement period: 33                    (0)

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

| | |
|---|---|
| Account number | 643 |
| Low balance | $432.24 |
| Average balance | $2,132.51 |
| Avg collected balance | $2,104 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 02-26 | Beginning balance | | | $1,176.01 |
| 03-01 | ' Preauthorized Credit | 2,400.00 | | 3,576.01 |
| | Square Inc SQ210227 | | | |
| | 210301 | | | |
| 03-01 | ' Check Card Purchase | | -23.68 | 3,552.33 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | J2 EVOICE 866 761 8 CA | | | |
| | SEQ # 105724100790XXXXXXXXXXXX4089 | | | |
| 03-01 | ' Check Card Purchase | | -11.13 | 3,541.20 |
| | MERCHANT PURCHASE TERMINAL 449215 | | | |
| | ZOHO WORKPLACE HTTPSWWW CA | | | |
| | SEQ # 105729637648XXXXXXXXXXXX4089 | | | |
| 03-01 | ' Check Card Purchase | | -23.31 | 3,517.89 |
| | MERCHANT PURCHASE TERMINAL 400341 | | | |
| | FRICKE HARDWARE AND RENT717 68478 PA | | | |
| | SEQ # 105920900012XXXXXXXXXXXX4089 | | | |
| 03-01 | ' Check Card Purchase | | -26.83 | 3,491.06 |
| | MERCHANT PURCHASE TERMINAL 419433 | | | |
| | DEAN LITTLES DISTRIBUTORCOLUMBIA PA | | | |
| | SEQ # 105922030021XXXXXXXXXXXX4089 | | | |
| 03-01 | ' Check Card Purchase | | -10.59 | 3,480.47 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | APPLE COM BILL 866 712 7 CA | | | |
| | SEQ # 105926100047XXXXXXXXXXXX4089 | | | |



Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                                                    Page 2 of 8
March 31, 2021                                                                     7643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 03-01 | ' Pmt Debit<br>TERMINAL 002 MKWWG76M5SA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 105908174629XXXXXXXXXXXX4089 |  | -15.89 | 3,464.58 |
| 03-01 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490841<br>WIX COM 888230803 800 60009 NY<br>SEQ # 105927115195XXXXXXXXXXXX4089 |  | -19.06 | 3,445.52 |
| 03-01 | ' Preauthorized Debit<br>Nationstar dba Mr Cooper<br>210301 |  | -2,600.00 | 845.52 |
| 03-01 | ' Preauthorized Debit<br>PP ELEC BILL<br>210301 |  | -413.28 | 432.24 |
| 03-02 | ' Preauthorized Credit<br>Square Inc SQ210302<br>210302 | 1,025.00 |  | 1,457.24 |
| 03-03 | ' Preauthorized Credit<br>Square Inc SQ210303<br>210303 | 1,410.00 |  | 2,867.24 |
| 03-03 | ' Account Credit<br>ZELLE JOHN LINKOUS<br>S&T BANK 65180<br>800 PHILADELPHIA S | 100.00 |  | 2,967.24 |
| 03-03 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 106128030013XXXXXXXXXXXX4089 |  | -24.66 | 2,942.58 |
| 03-04 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>www cvs com 800 746 7 RI<br>SEQ # 106324600182XXXXXXXXXXXX4089 |  | -1.00 | 2,941.58 |
| 03-04 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449398<br>COFFEE AND CREAM COLUMBIA PA<br>SEQ # 106322400425XXXXXXXXXXXX4089 |  | -34.44 | 2,907.14 |
| 03-04 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>THE UPS STORE 1005 717 89893 PA<br>SEQ # 106229348100XXXXXXXXXXXX4089 |  | -100.43 | 2,806.71 |
| 03-04 | ' Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 106324390000XXXXXXXXXXXX4089 |  | -90.81 | 2,715.90 |
| 03-04 | ' Preauthorized Debit<br>Greenlight WEB PMTS<br>210304 |  | -150.00 | 2,565.90 |



S&T Bank
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                                                 Page 3 of 8
March 31, 2021                                                                  7643

| Date  | Description                              | Additions | Subtractions | Balance  |
|-------|------------------------------------------|-----------|--------------|----------|
| 03-04 | 'Preauthorized Debit                     |           | -63.60       | 2,502.30 |
|       | Square Inc 210304P2                      |           |              |          |
|       | 210304                                   |           |              |          |
| 03-05 | 'Check Card Purchase                     |           | -5.07        | 2,497.23 |
|       | MERCHANT PURCHASE TERMINAL 412942        |           |              |          |
|       | MILLERSVILLE MART MILLERSVI PA           |           |              |          |
|       | SEQ # 106321100000XXXXXXXXXXXX4089       |           |              |          |
| 03-05 | 'Check Card Purchase                     |           | -43.29       | 2,453.94 |
|       | MERCHANT PURCHASE TERMINAL 442733        |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA       |           |              |          |
|       | SEQ # 106324710000XXXXXXXXXXXX4089       |           |              |          |
| 03-08 | 'Trsf Credit                             | 520.00    |              | 2,973.94 |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - W246XVJ5                        |           |              |          |
|       | SEQ # 106713353072XXXXXXXXXXXX4089       |           |              |          |
| 03-08 | 'Check Card Purchase                     |           | -56.17       | 2,917.77 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | ADOBE 800 833 66 87 ADOBE LY CA          |           |              |          |
|       | SEQ # 106422100870XXXXXXXXXXXX4089       |           |              |          |
| 03-08 | 'Check Card Purchase                     |           | -51.99       | 2,865.78 |
|       | MERCHANT PURCHASE TERMINAL 416407        |           |              |          |
|       | SHEETZ 0544 0000 5447 MILLERSVI PA       |           |              |          |
|       | SEQ # 106429498003XXXXXXXXXXXX4089       |           |              |          |
| 03-08 | 'Check Card Purchase                     |           | -28.90       | 2,836.88 |
|       | MERCHANT PURCHASE TERMINAL 442733        |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA       |           |              |          |
|       | SEQ # 106524710000XXXXXXXXXXXX4089       |           |              |          |
| 03-08 | Check   529                              |           | -656.50      | 2,180.38 |
| 03-08 | Check   530                              |           | -1,267.50    | 912.88   |
| 03-09 | 'Check Card Purchase                     |           | -10.59       | 902.29   |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | APPLE COM BILL 866 712 7 CA              |           |              |          |
|       | SEQ # 106727100869XXXXXXXXXXXX4089       |           |              |          |
| 03-09 | 'Preauthorized Debit                     |           | -3.00        | 899.29   |
|       | ONLINE BANKING FEE                       |           |              |          |
|       | 210309 TRANSACTIONAL                     |           |              |          |
| 03-10 | 'Check Card Purchase                     |           | -10.59       | 888.70   |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | APPLE COM BILL 866 712 7 CA              |           |              |          |
|       | SEQ # 106925100097XXXXXXXXXXXX4089       |           |              |          |
| 03-10 | 'Pmt Debit                               |           | -9.99        | 878.71   |
|       | TERMINAL 002 MKWWK4YD14A0                |           |              |          |
|       | APPLE COM BILL CUPERTINO CA              |           |              |          |
|       | SEQ # 106823250089XXXXXXXXXXXX4089       |           |              |          |



Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

STEVE STRICKLER                                                                 Page 4 of 8
March 31, 2021                                                                  /643

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 03-12 | 'Check Card Refund<br>MERCHANT REFUND TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 107175100516XXXXXXXXXXXX4089 | 10.59 | | 889.30 |
| 03-15 | 'POS Purchase<br>POS PURCHASE TERMINAL 77827301<br>SQ *ROCKY'S BBQ COLUMBIA PA<br>SEQ # 107117314704XXXXXXXXXXXX4089 | | -25.98 | 863.32 |
| 03-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 412259<br>STOVERS NEWS COLUMBIA PA<br>SEQ # 107329030027XXXXXXXXXXXX4089 | | -4.78 | 858.54 |
| 03-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>JOHN HERR S VILLAGE MILLERSVI PA<br>SEQ # 107329720221XXXXXXXXXXXX4089 | | -58.75 | 799.79 |
| 03-15 | 'Preauthorized Debit<br>COMCAST CABLE<br>210315 | | -188.02 | 611.77 |
| 03-16 | 'Pmt Debit<br>TERMINAL 002 MKWWKVTL64A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 107504253247XXXXXXXXXXXX4089 | | -4.23 | 607.54 |
| 03-17 | 'Preauthorized Credit<br>Square Inc SQ210317<br>210317 | 2,245.00 | | 2,852.54 |
| 03-17 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>RUTTER S FARM STRE 23 MOUNTVILL PA<br>SEQ # 107528710000XXXXXXXXXXXX4089 | | -22.38 | 2,830.16 |
| 03-17 | 'Pmt Debit<br>TERMINAL 002 MKWWM89HWBA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 107521062530XXXXXXXXXXXX4089 | | -4.23 | 2,825.93 |
| 03-17 | 'Preauthorized Debit<br>ATT Payment<br>210317 | | -479.28 | 2,346.65 |
| 03-18 | 'Mobile Deposit | 925.00 | | 3,271.65 |
| 03-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>SHARP SHOPPER GROCE MIDDLETOW PA<br>SEQ # 107720730243XXXXXXXXXXXX4089 | | -53.38 | 3,218.27 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>PENN MANOR BEVERAGE MILLERSVI PA<br>SEQ # 107822030014XXXXXXXXXXXX4089 | | -20.00 | 3,198.27 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                    Page 5 of 8
March 31, 2021                                                           7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM Premium Plan 800 60009 NY<br>SEQ # 107827116774XXXXXXXXXXXX4089 | | -34.98 | 3,163.29 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 108021030022XXXXXXXXXXXX4089 | | -30.57 | 3,132.72 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 475076<br>COLUMBIA PIZZA COLUMBIA PA<br>SEQ # 108022900014XXXXXXXXXXXX4089 | | -24.38 | 3,108.34 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TRACTOR SUPPLY COMPANY MT JOY PA<br>SEQ # 108028001260XXXXXXXXXXXX4089 | | -123.11 | 2,985.23 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0312 0000 3129 MT JOY PA<br>SEQ # 108025498008XXXXXXXXXXXX4089 | | -100.00 | 2,885.23 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 108022030022XXXXXXXXXXXX4089 | | -13.40 | 2,871.83 |
| 03-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 107922720209XXXXXXXXXXXX4089 | | -108.63 | 2,763.20 |
| 03-22 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 03-22-21<br>TIME: 18:17:19 | | -25.00 | 2,738.20 |
| 03-23 | 'Preauthorized Credit<br>Square Inc SQ210323<br>210323 | 1,970.00 | | 4,708.20 |
| 03-23 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210323 | | -100.00 | 4,608.20 |
| 03-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INT QuickBooks Online 800 446 8 CA<br>SEQ # 108223100141XXXXXXXXXXXX4089 | | -42.40 | 4,565.80 |
| 03-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 482168<br>SERENA A KIRCHNER INC LANCASTER PA<br>SEQ # 108227900011XXXXXXXXXXXX4089 | | -34.90 | 4,530.90 |



Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                    Page 6 of 8
March 31, 2021                                                          7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0251 LANCASTER PA<br>SEQ # 108328001273XXXXXXXXXXXX4089 | | -69.56 | 4,461.34 |
| 03-24 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 03-24-21<br>TIME: 17:21:46 | | -50.00 | 4,411.34 |
| 03-24 | Check  531 | | -2,000.00 | 2,411.34 |
| 03-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 108528100746XXXXXXXXXXXX4089 | | -6.34 | 2,405.00 |
| 03-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>FRAME IO HTTPSFRAM NY<br>SEQ # 108426000038XXXXXXXXXXXX4089 | | -29.00 | 2,376.00 |
| 03-29 | Deposit | 4,100.00 | | 6,476.00 |
| 03-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0544 0000 5447 MILLERSVI PA<br>SEQ # 108526498008XXXXXXXXXXXX4089 | | -19.66 | 6,456.34 |
| 03-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>J2 EVOICE 866 761 8 CA<br>SEQ # 108626100795XXXXXXXXXXXX4089 | | -23.68 | 6,432.66 |
| 03-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>ZOHO WORKPLACE HTTPSWWW CA<br>SEQ # 108523637940XXXXXXXXXXXX4089 | | -11.13 | 6,421.53 |
| 03-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 108724030022XXXXXXXXXXXX4089 | | -50.80 | 6,370.73 |
| 03-29 | 'Pmt Debit<br>TERMINAL 002 MKWWSNLW39A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 108701402193XXXXXXXXXXXX4089 | | -10.59 | 6,360.14 |
| 03-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM 912516483 800 60009 NY<br>SEQ # 108720117493XXXXXXXXXXXX4089 | | -19.06 | 6,341.08 |
| 03-29 | 'Preauthorized Debit<br>TFS 888-729-2413 TFS PAY<br>210329 | | -1,956.99 | 4,384.09 |

**S&T Bank**
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                      Page 7 of 8
March 31, 2021                                                          77643
```

| Date  | Description                                   | Additions | Subtractions | Balance    |
|-------|-----------------------------------------------|-----------|--------------|------------|
| 03-30 | 'Check Card Purchase                          |           | -15.89       | 4,368.20   |
|       | MERCHANT PURCHASE TERMINAL 469216             |           |              |            |
|       | APPLE COM BILL 866 712 7 CA                   |           |              |            |
|       | SEQ # 108820100405XXXXXXXXXXXX4089            |           |              |            |
| 03-30 | 'Check Card Purchase                          |           | -20.21       | 4,347.99   |
|       | MERCHANT PURCHASE TERMINAL 469216             |           |              |            |
|       | LIDL 1352 LANCASTER PA                        |           |              |            |
|       | SEQ # 108828100486XXXXXXXXXXXX4089            |           |              |            |
| 03-30 | 'Check Card Purchase                          |           | -23.29       | 4,324.70   |
|       | MERCHANT PURCHASE TERMINAL 469216             |           |              |            |
|       | LOWES 01127 LANCASTER PA                      |           |              |            |
|       | SEQ # 108827100461XXXXXXXXXXXX4089            |           |              |            |
| 03-30 | 'Preauthorized Debit                          |           | -50.00       | 4,274.70   |
|       | Greenlight WEB PMTS                           |           |              |            |
|       | 210330                                        |           |              |            |
| 03-31 | 'Preauthorized Credit                         | 2,475.00  |              | 6,749.70   |
|       | Square Inc SQ210331                           |           |              |            |
|       | 210331                                        |           |              |            |
| 03-31 | 'Preauthorized Debit                          |           | -2,595.96    | 4,153.74   |
|       | Nationstar dba Mr Cooper                      |           |              |            |
|       | 210331                                        |           |              |            |
| 03-31 | Check  676                                    |           | -1,515.00    | 2,638.74   |
| 03-31 | 'Maintenance Fee                              |           | -10.00       | 2,628.74   |
| 03-31 | **Ending totals**                             | 17,180.59 | -15,727.86   | $2,628.74  |

**CHECKS**

| Number | Date  | Amount   | Number | Date  | Amount   |
|--------|-------|----------|--------|-------|----------|
| 529    | 03-08 | 656.50   | 676 *  | 03-31 | 1,515.00 |
| 530    | 03-08 | 1,267.50 | * Skip in check sequence |  |  |
| 531    | 03-24 | 2,000.00 |        |       |          |

**FEE INFORMATION**

Following is a **description** of the maintenance fee for the period 02/27/21 to 03/31/21.

```
Maintenance Fee                              10.00

Total Maintenance Fee                        10.00
```