**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | Walnut Road Collection, LLC |
| *Month/Year* | 04-2021 |

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | 15487 |
| (2) Other (specify) Discounts and Comps | 147.45 |
| (3) Other (specify) Cash Sales | 1030 |
| (4) TOTAL Actual Income | 16664.45 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (5) Rent/Lease | 285 |
| (6) Utilities (electricity, water, gas, sewer) | 476 |
| (7) Telephone | 479 |
| (8) Insurance | 257 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 265 |
| (13) Other (specify) RAW MATERIALS and Supplies | 12038.9 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 0 |
| (15) Other (specify) Machining subcontracted | 0 |
| (16) Total Actual Business Expenses Paid Out | 13800.9 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (17) Net Business Income/Loss | 2863.55 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | 3282.41 |
| (21) Total Monthly Net Income | 6145.96 |

| PERSONAL | |
|---|---:|
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 819 |
| (24) Telephone | 435 |
| (25) Food | 625 |
| (26) Transportation (fuel, tolls, parking) | 80 |
| (27) Other (specify) Vehicle Repairs/Inspection | 290 |
| (28) Other (specify) Cable/Internet | 155 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 5004 |

| NET INCOME (LOSS) | |
|---|---:|
| (33) Gross Excess Income | 1141.96 |
| (34) Monthly Chapter 13 Plan Payment | 1950 |
| (35) Net Excess Income (loss) | -808.04 |

1

S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: March 31, 2021         Page 1 of 10
This statement: April 30, 2021                7643
Total days in statement period: 30       (0)

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

| Account number | '643 |
| --- | --- |
| Low balance | $56.13 |
| Average balance | $4,621.22 |
| Avg collected balance | $4,583 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
| --- | --- | --- | --- | --- |
| 03-31 | Beginning balance | | | $2,628.74 |
| 04-01 | 'Account Debit | | -300.00 | 2,328.74 |
| | ZELLE LOTTA BROWN | | | |
| | S&T BANK 65180 | | | |
| | 800 PHILADELPHIA S | | | |
| 04-01 | 'Preauthorized Debit | | -497.33 | 1,831.41 |
| | PP ELEC BILL | | | |
| | 210401 | | | |
| 04-02 | 'Preauthorized Credit | 2,675.00 | | 4,506.41 |
| | Square Inc SQ210402 | | | |
| | 210402 | | | |
| 04-02 | 'Mobile Deposit | 50.00 | | 4,556.41 |
| 04-02 | Check  677 | | -1,973.00 | 2,583.41 |
| 04-02 | Check  678 | | -363.15 | 2,220.26 |
| 04-05 | 'Trsf Credit | 525.00 | | 2,745.26 |
| | TERMINAL 438273 VISA TRANSFER | | | |
| | SQC*ID - B782O66A | | | |
| | SEQ # 109501314905XXXXXXXXXXXX4089 | | | |
| 04-05 | 'Check Card Purchase | | -36.40 | 2,708.86 |
| | MERCHANT PURCHASE TERMINAL 419433 | | | |
| | DEAN LITTLES DISTRIBUTORCOLUMBIA PA | | | |
| | SEQ # 109426030022XXXXXXXXXXXX4089 | | | |
| 04-05 | 'Preauthorized Debit | | -100.00 | 2,608.86 |
| | Greenlight WEB PMTS | | | |
| | 210405 | | | |

S&T Bank
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER  
April 30, 2021

Page 2 of 10  
7643

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-05 | 'Preauthorized Debit<br>Square Inc 210405P2<br>210405 | | -63.60 | 2,545.26 |
| 04-06 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - KPGEGNVA<br>SEQ # 109609671344XXXXXXXXXXXX4089 | 400.00 | | 2,945.26 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 482168<br>WHITMOYER FORD INC 717 65381 PA<br>SEQ # 109524900019XXXXXXXXXXXX4089 | | -290.65 | 2,654.61 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>ADOBE 800 833 66 87 ADOBE LY CA<br>SEQ # 109528100682XXXXXXXXXXXX4089 | | -56.17 | 2,598.44 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 109520100651XXXXXXXXXXXX4089 | | -10.59 | 2,587.85 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0241 LANCASTER PA<br>SEQ # 109626001300XXXXXXXXXXXX4089 | | -70.00 | 2,517.85 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 482168<br>COLUMBIA MINI MART COLUMBIA PA<br>SEQ # 109528900014XXXXXXXXXXXX4089 | | -6.18 | 2,511.67 |
| 04-06 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 468720<br>ROSES DELI AND MORE COLUMBIA PA<br>SEQ # 109524027011XXXXXXXXXXXX4089 | | -19.46 | 2,492.21 |
| 04-06 | 'Preauthorized Debit<br>NATIONAL GENERAL PAYMENT<br>210406 | | -258.57 | 2,233.64 |
| 04-06 | Check  679 | | -2,000.00 | 233.64 |
| 04-06 | Check  680 | | -177.51 | 56.13 |
| 04-07 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - LGPPE3KH<br>SEQ # 109711966568XXXXXXXXXXXX4089 | 300.00 | | 356.13 |
| 04-08 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 109722030014XXXXXXXXXXXX4089 | | -35.33 | 320.80 |
| 04-09 | 'Preauthorized Credit<br>Square Inc SQ210409<br>210409 | 1,450.00 | | 1,770.80 |

Direct inquiries to:
S&T Bank
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                         Page 3 of 10
April 30, 2021                                                          643

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-09 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>www cvs com 800 746 7 RI<br>SEQ # 109923600201XXXXXXXXXXXX4089 | | -2.00 | 1,768.80 |
| 04-09 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJ s Surplus Grocery Columbia PA<br>SEQ # 109921300002XXXXXXXXXXXX4089 | | -135.72 | 1,633.08 |
| 04-09 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167004<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 109800046899XXXXXXXXXXXX4089 | | -13.42 | 1,619.66 |
| 04-09 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167018<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 109800186843XXXXXXXXXXXX4089 | | -9.99 | 1,609.67 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 109929030015XXXXXXXXXXXX4089 | | -38.54 | 1,571.13 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110128030022XXXXXXXXXXXX4089 | | -14.41 | 1,556.72 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>APPLE COM BILL 408 974 1 CA<br>SEQ # 110022828334XXXXXXXXXXXX4089 | | -9.99 | 1,546.73 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401339<br>PENN MANOR SCHOOL DISTRI717 87295 PA<br>SEQ # 110025001473XXXXXXXXXXXX4089 | | -42.49 | 1,504.24 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>HURRICANE PIZZA GRILL 717 68460 PA<br>SEQ # 110120545505XXXXXXXXXXXX4089 | | -27.00 | 1,477.24 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJ s Surplus Grocery Columbia PA<br>SEQ # 110126300002XXXXXXXXXXXX4089 | | -54.64 | 1,422.60 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110126030022XXXXXXXXXXXX4089 | | -25.41 | 1,397.19 |

Direct Inquiries to:
**S&T Bank**
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                    Page 4 of 10
April 30, 2021                                                     7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>CKE HINKLE S RESTAUR 261COLUMBIA PA<br>SEQ # 110126300449XXXXXXXXXXXX4089 | | -42.53 | 1,354.66 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>CVS PHARMACY 0167 0 COLUMBIA PA<br>SEQ # 110224001126XXXXXXXXXXXX4089 | | -81.36 | 1,273.30 |
| 04-12 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110125027010XXXXXXXXXXXX4089 | | -26.48 | 1,246.82 |
| 04-12 | 'Preauthorized Debit<br>COMCAST CABLE<br>210412 | | -175.70 | 1,071.12 |
| 04-13 | 'Preauthorized Credit<br>Square Inc SQ210413<br>210413 | 3,825.00 | | 4,896.12 |
| 04-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 405523<br>APPLE CASH 1INFINITE CA<br>SEQ # 110424400905XXXXXXXXXXXX4089 | | -20.00 | 4,876.12 |
| 04-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110325030014XXXXXXXXXXXX4089 | | -27.71 | 4,848.41 |
| 04-14 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 04-14-21<br>TIME: 06:11:04 | | -100.00 | 4,748.41 |
| 04-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110429030014XXXXXXXXXXXX4089 | | -27.25 | 4,721.16 |
| 04-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>SHARP SHOPPER GROCE MIDDLETOW PA<br>SEQ # 110424730243XXXXXXXXXXXX4089 | | -152.99 | 4,568.17 |
| 04-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>AUTOZONE 1852 COLUMBIA PA<br>SEQ # 110529001294XXXXXXXXXXXX4089 | | -10.59 | 4,557.58 |
| 04-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 480197<br>EM HERR COLUMBIA PA<br>SEQ # 110524091026XXXXXXXXXXXX4089 | | -23.30 | 4,534.28 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
MEMBER FDIC   stbank.com

```
STEVE STRICKLER                                                      Page 5 of 10
April 30, 2021                                                              7643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 04-15 | 'Preauthorized Debit<br>ATT Payment<br>210415 | | -479.83 | 4,054.45 |
| 04-16 | 'Preauthorized Credit<br>Square Inc SQ210416<br>210416 | 1,765.00 | | 5,819.45 |
| 04-16 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 668 0000 6684 LANCASTER PA<br>SEQ # 110523498002XXXXXXXXXXXX4089 | | -15.87 | 5,803.58 |
| 04-16 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494300<br>TACO BELL 024410 WILLOW ST PA<br>SEQ # 110526838009XXXXXXXXXXXX4089 | | -14.62 | 5,788.96 |
| 04-16 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110527030014XXXXXXXXXXXX4089 | | -14.03 | 5,774.93 |
| 04-16 | Check   681 | | -170.00 | 5,604.93 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494166<br>ROYAL FARMS 260 LANCASTER PA<br>SEQ # 110620838000XXXXXXXXXXXX4089 | | -5.92 | 5,599.01 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494166<br>ROYAL FARMS 260 LANCASTER PA<br>SEQ # 110626838000XXXXXXXXXXXX4089 | | -64.51 | 5,534.50 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F6076 LANCASTER PA<br>SEQ # 110625710041XXXXXXXXXXXX4089 | | -9.52 | 5,524.98 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>HURRICANE PIZZA GRILL 717 68460 PA<br>SEQ # 110620570703XXXXXXXXXXXX4089 | | -49.01 | 5,475.97 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>APPLE COM BILL 408 974 1 CA<br>SEQ # 110621828718XXXXXXXXXXXX4089 | | -3.17 | 5,472.80 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 473309<br>WINE AND SPIRITS 3603 COLUMBIA PA<br>SEQ # 110625756079XXXXXXXXXXXX4089 | | -48.74 | 5,424.06 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110827030022XXXXXXXXXXXX4089 | | -10.10 | 5,413.96 |

**S&T Bank**
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                           Page 6 of 10
April 30, 2021                                                                    7643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJ s Surplus Grocery Columbia PA<br>SEQ # 110720300003XXXXXXXXXXXX4089 | | -81.14 | 5,332.82 |
| 04-19 | 'Pmt Debit<br>TERMINAL 002 MKWWZSDN8JA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 110621231681XXXXXXXXXXXX4089 | | -4.23 | 5,328.59 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110829030022XXXXXXXXXXXX4089 | | -24.32 | 5,304.27 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 480197<br>EM HERR COLUMBIA PA<br>SEQ # 110823091022XXXXXXXXXXXX4089 | | -26.48 | 5,277.79 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110825030022XXXXXXXXXXXX4089 | | -23.08 | 5,254.71 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MUSSER S MARKET G COLUMBIA PA<br>SEQ # 110723730239XXXXXXXXXXXX4089 | | -184.84 | 5,069.87 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 432688<br>ADVANCE AUTO PARTS 7802COLUMBIA PA<br>SEQ # 110925042000XXXXXXXXXXXX4089 | | -4.75 | 5,065.12 |
| 04-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 110828027010XXXXXXXXXXXX4089 | | -24.63 | 5,040.49 |
| 04-20 | 'Preauthorized Credit<br>Square Inc SQ210420<br>210420 | 1,525.00 | | 6,565.49 |
| 04-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM Premium Plan 800 60009 NY<br>SEQ # 110926119236XXXXXXXXXXXX4089 | | -34.98 | 6,530.51 |
| 04-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 427539<br>Moyers Hatchery 215 53631 PA<br>SEQ # 110920009060XXXXXXXXXXXX4089 | | -201.50 | 6,329.01 |
| 04-20 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167005<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 110900059775XXXXXXXXXXXX4089 | | -14.17 | 6,314.84 |

**S&T Bank**
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

```
STEVE STRICKLER                                                Page 7 of 10
April 30, 2021                                                 643
```

| Date  | Description                              | Additions | Subtractions | Balance  |
|-------|------------------------------------------|-----------|--------------|----------|
| 04-20 | 'Check Card Purchase                     |           | -135.37      | 6,179.47 |
|       | MERCHANT PURCHASE TERMINAL 413746        |           |              |          |
|       | TRACTOR SUPPLY CO 0234 YORK PA           |           |              |          |
|       | SEQ # 111023001272XXXXXXXXXXXX4089       |           |              |          |
| 04-21 | 'Check Card Purchase                     |           | -20.39       | 6,159.08 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 111022030014XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Check Card Purchase                     |           | -8.47        | 6,150.61 |
|       | MERCHANT PURCHASE TERMINAL 400341        |           |              |          |
|       | FRICKE HARDWARE AND RENT717 68478 PA     |           |              |          |
|       | SEQ # 111129900016XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Check Card Purchase                     |           | -23.21       | 6,127.40 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 111125030014XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Check Card Purchase                     |           | -3.17        | 6,124.23 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | APPLE COM BILL 866 712 7 CA              |           |              |          |
|       | SEQ # 111126100738XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Check Card Purchase                     |           | -24.37       | 6,099.86 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | APPLE COM BILL 866 712 7 CA              |           |              |          |
|       | SEQ # 111228100902XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Check Card Purchase                     |           | -75.19       | 6,024.67 |
|       | MERCHANT PURCHASE TERMINAL 480197        |           |              |          |
|       | CLIFFS LIQUORS DARLINGTO MD              |           |              |          |
|       | SEQ # 111124200239XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Pmt Debit                               |           | -3.17        | 6,021.50 |
|       | TERMINAL 002 MKWX16N8GJA0                |           |              |          |
|       | APPLE COM BILL CUPERTINO CA              |           |              |          |
|       | SEQ # 111201493936XXXXXXXXXXXX4089       |           |              |          |
| 04-22 | 'Elec Transfer W/D                       |           | -20.00       | 6,001.50 |
|       | TO ACC XXXXXXX0846DATE: 04-22-21         |           |              |          |
|       | TIME: 19:27:38                           |           |              |          |
| 04-22 | 'Preauthorized Debit                     |           | -3.00        | 5,998.50 |
|       | ONLINE BANKING FEE                       |           |              |          |
|       | 210422 TRANSACTIONAL                     |           |              |          |
| 04-22 | Check  683                               |           | -975.00      | 5,023.50 |
| 04-23 | 'Preauthorized Credit                    | 3,420.00  |              | 8,443.50 |
|       | Square Inc SQ210423                      |           |              |          |
|       | 210423                                   |           |              |          |
| 04-23 | 'Check Card Purchase                     |           | -17.26       | 8,426.24 |
|       | MERCHANT PURCHASE TERMINAL 494300        |           |              |          |
|       | TACO BELL 024410 WILLOW ST PA            |           |              |          |
|       | SEQ # 111229838004XXXXXXXXXXXX4089       |           |              |          |

Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
S&T Bank
MEMBER FDIC   stbank.com

```
STEVE STRICKLER                                              Page 8 of 10
April 30, 2021                                                        543
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-23 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 111224030014XXXXXXXXXXXX4089 | | -17.42 | 8,408.82 |
| 04-23 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJ s Surplus Grocery Columbia PA<br>SEQ # 111326300002XXXXXXXXXXXX4089 | | -82.10 | 8,326.72 |
| 04-23 | Check   686 | | -605.00 | 7,721.72 |
| 04-23 | Check   687 | | -360.00 | 7,361.72 |
| 04-26 | 'Preauthorized Credit<br>Square Inc SQ210424<br>210426 | 2,950.00 | | 10,311.72 |
| 04-26 | 'Mobile Deposit | 980.00 | | 11,291.72 |
| 04-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INT QuickBooks Online 800 446 8 CA<br>SEQ # 111324100062XXXXXXXXXXXX4089 | | -42.40 | 11,249.32 |
| 04-26 | 'Pmt Debit<br>TERMINAL 002 MKWX1XZM39A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 111404267044XXXXXXXXXXXX4089 | | -5.29 | 11,244.03 |
| 04-26 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 04-24-21<br>TIME: 07:08:26 | | -40.00 | 11,204.03 |
| 04-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 111520030022XXXXXXXXXXXX4089 | | -24.53 | 11,179.50 |
| 04-26 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167018<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 111400187784XXXXXXXXXXXX4089 | | -20.97 | 11,158.53 |
| 04-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 475076<br>COLUMBIA PIZZA COLUMBIA PA<br>SEQ # 111528900017XXXXXXXXXXXX4089 | | -24.38 | 11,134.15 |
| 04-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>APPLE COM BILL 408 974 1 CA<br>SEQ # 111520828751XXXXXXXXXXXX4089 | | -10.59 | 11,123.56 |
| 04-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>FRAME IO HTTPSFRAM NY<br>SEQ # 111521000038XXXXXXXXXXXX4089 | | -29.00 | 11,094.56 |
| 04-26 | Check   688 | | -1,165.00 | 9,929.56 |
| 04-26 | Check   693 | | -300.00 | 9,629.56 |

Direct Inquiries to:
S&T Bank
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER  
April 30, 2021

Page 9 of 10  
643

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-27 | 'Preauthorized Credit<br>Square Inc SQ210427<br>210427 | 1,625.00 | | 11,254.56 |
| 04-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>J2 EVOICE 866 761 8 CA<br>SEQ # 111728100559XXXXXXXXXXXX4089 | | -23.68 | 11,230.88 |
| 04-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>ZOHO WORKPLACE HTTPSWWW CA<br>SEQ # 111623637295XXXXXXXXXXXX4089 | | -11.13 | 11,219.75 |
| 04-27 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210427 | | -20.00 | 11,199.75 |
| 04-27 | Check  692 | | -800.00 | 10,399.75 |
| 04-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449398<br>COFFEE AND CREAM COLUMBIA PA<br>SEQ # 111822400429XXXXXXXXXXXX4089 | | -10.07 | 10,389.68 |
| 04-28 | 'Pmt Debit<br>TERMINAL 002 MKWX3074TJA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 111801430503XXXXXXXXXXXX4089 | | -10.59 | 10,379.09 |
| 04-28 | 'Pmt Debit<br>TERMINAL 002 MKWX32K9J4A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 111808249389XXXXXXXXXXXX4089 | | -15.89 | 10,363.20 |
| 04-28 | 'Preauthorized Debit<br>TFS 888-729-2413 TFS PAY<br>210428 | | -1,956.99 | 8,406.21 |
| 04-29 | 'Preauthorized Credit<br>Square Inc SQ210429<br>210429 | 1,560.00 | | 9,966.21 |
| 04-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F6076 LANCASTER PA<br>SEQ # 111824740264XXXXXXXXXXXX4089 | | -28.98 | 9,937.23 |
| 04-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM 936218640 800 60009 NY<br>SEQ # 111821119956XXXXXXXXXXXX4089 | | -19.06 | 9,918.17 |
| 04-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 402207<br>SUNOCO 0687241002 MOUNT JOY PA<br>SEQ # 111929016008XXXXXXXXXXXX4089 | | -100.00 | 9,818.17 |
| 04-29 | Check  684 | | -36.75 | 9,781.42 |

**S&T Bank**
MEMBER FDIC

Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                          Page 10 of 10
April 30, 2021                                                     /643
```

| Date  | Description   | Additions | Subtractions | Balance    |
|-------|---------------|-----------|--------------|------------|
| 04-29 | Check  685    |           | -1,017.00    | 8,764.42   |
| 04-30 | **Ending totals** | **23,050.00** | **-16,914.32** | **$8,764.42** |

### CHECKS

| Number | Date  | Amount    | Number | Date  | Amount    |
|--------|-------|-----------|--------|-------|-----------|
| 677    | 04-02 | 1,973.00  | 685    | 04-29 | 1,017.00  |
| 678    | 04-02 | 363.15    | 686    | 04-23 | 605.00    |
| 679    | 04-06 | 2,000.00  | 687    | 04-23 | 360.00    |
| 680    | 04-06 | 177.51    | 688    | 04-26 | 1,165.00  |
| 681    | 04-16 | 170.00    | 692 *  | 04-27 | 800.00    |
| 683 *  | 04-22 | 975.00    | 693    | 04-26 | 300.00    |
| 684    | 04-29 | 36.75     | * Skip in check sequence |  |  |

### OVERDRAFT/RETURN ITEM FEES

|                           | Total for this period | Total year-to-date |
|---------------------------|-----------------------|--------------------|
| Total Overdraft Fees      | $0.00                 | $0.00              |
| Total Returned Item Fees  | $0.00                 | $0.00              |