**Monthly Financial Report of Business Operations**

| | |
|---|---|
| *Debtor Name* | Steve Strickler |
| *Case #* | 2013673 |
| *Business Name* | Walnut Road Collection, LLC |
| *Month/Year* | 05/2021 |

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | 28830 |
| (2) Other (specify) Discounts and Comps | ($1,702.00) |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 27128 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (5) Rent/Lease | 285 |
| (6) Utilities (electricity, water, gas, sewer) | 390 |
| (7) Telephone | 602 |
| (8) Insurance | 257 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 251 |
| (13) Other (specify) RAW MATERIALS and Supplies | 14322.29 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 1200 |
| (15) Other (specify) Machining subcontracted | 1170 |
| (16) Total Actual Business Expenses Paid Out | 18477.29 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (17) Net Business Income/Loss | 8650.71 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | -808.04 |
| (21) Total Monthly Net Income | 7842.67 |

| PERSONAL | |
|---|---:|
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 326 |
| (24) Telephone | 345 |
| (25) Food | 675 |
| (26) Transportation (fuel, tolls, parking) | 40 |
| (27) Other (specify) Vehicle Repairs/Inspection | 80 |
| (28) Other (specify) Cable/Internet | 155 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 4221 |

| NET INCOME (LOSS) | |
|---|---:|
| (33) Gross Excess Income | 3621.67 |
| (34) Monthly Chapter 13 Plan Payment | 1950 |
| (35) Net Excess Income (loss) | 1671.67 |

1

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
**S&T Bank**
MEMBER FDIC   stbank.com

```
Last statement: April 30, 2021                      Page 1 of 8
This statement: May 28, 2021                             7643
Total days in statement period: 28                        (0)
```

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

```
Account number                  7643
Low balance                   $95.02
Average balance            $4,122.68
Avg collected balance         $4,122
```

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $8,764.42 |
| 05-03 | 'Preauthorized Credit | 5,250.00 | | 14,014.42 |
| | Square Inc SQ210503 | | | |
| | 210503 | | | |
| 05-03 | 'Check Card Purchase | | -6.76 | 14,007.66 |
| | MERCHANT PURCHASE TERMINAL 400341 | | | |
| | FRICKE HARDWARE AND RENT717 68478 PA | | | |
| | SEQ # 112225900017XXXXXXXXXXXX4089 | | | |
| 05-03 | 'Check Card Purchase | | -30.12 | 13,977.54 |
| | MERCHANT PURCHASE TERMINAL 419433 | | | |
| | DEAN LITTLES DISTRIBUTORCOLUMBIA PA | | | |
| | SEQ # 112224030023XXXXXXXXXXXX4089 | | | |
| 05-03 | 'Check Card Purchase | | -16.42 | 13,961.12 |
| | MERCHANT PURCHASE TERMINAL 442733 | | | |
| | MCDONALD S F10195 ETTERS PA | | | |
| | SEQ # 112227720218XXXXXXXXXXXX4089 | | | |
| 05-03 | 'Elec Transfer W/D | | -20.00 | 13,941.12 |
| | TO ACC XXXXXXX0846DATE: 05-03-21 | | | |
| | TIME: 04:50:46 | | | |
| 05-03 | 'Preauthorized Debit | | -63.60 | 13,877.52 |
| | Square Inc 210503P2 | | | |
| | 210503 | | | |
| 05-03 | Check  551 | | -3,500.00 | 10,377.52 |
| 05-03 | Check  689 | | -100.00 | 10,277.52 |
| 05-04 | 'Preauthorized Debit | | -225.46 | 10,052.06 |
| | SMARTSTOR SELF S 7179007156 | | | |
| | 210504 | | | |

S&T Bank
MEMBER FDIC
Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                         Page 2 of 8
May 28, 2021                                                                  7643
```

| Date  | Description                              | Additions | Subtractions | Balance  |
|-------|------------------------------------------|-----------|--------------|----------|
| 05-04 | Check  682                               |           | -4,800.00    | 5,252.06 |
| 05-05 | 'Elec Transfer Credit                    | 1,200.00  |              | 6,452.06 |
|       | FR ACC XXXXXXX0846DATE: 05-05-21         |           |              |          |
|       | TIME: 07:16:10                           |           |              |          |
| 05-05 | 'Check Card Purchase                     |           | -42.44       | 6,409.62 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 112423030014XXXXXXXXXXXX4089       |           |              |          |
| 05-05 | 'Check Card Purchase                     |           | -64.48       | 6,345.14 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | LIDL 1352 LANCASTER PA                   |           |              |          |
|       | SEQ # 112420100274XXXXXXXXXXXX4089       |           |              |          |
| 05-05 | 'Check Card Purchase                     |           | -235.00      | 6,110.14 |
|       | MERCHANT PURCHASE TERMINAL 427539        |           |              |          |
|       | Moyers Hatchery 215 53631 PA             |           |              |          |
|       | SEQ # 112428009501XXXXXXXXXXXX4089       |           |              |          |
| 05-05 | 'Withdrawal                              |           | -3,000.00    | 3,110.14 |
| 05-05 | Check  691                               |           | -261.55      | 2,848.59 |
| 05-06 | 'Check Card Purchase                     |           | -56.17       | 2,792.42 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | ADOBE 800 833 66 87 ADOBE LY CA          |           |              |          |
|       | SEQ # 112527100039XXXXXXXXXXXX4089       |           |              |          |
| 05-06 | 'Check Card Purchase                     |           | -10.59       | 2,781.83 |
|       | MERCHANT PURCHASE TERMINAL 443099        |           |              |          |
|       | APPLE COM BILL 800 275 2 CA              |           |              |          |
|       | SEQ # 112527828334XXXXXXXXXXXX4089       |           |              |          |
| 05-06 | 'Check Card Purchase                     |           | -7.20        | 2,774.63 |
|       | MERCHANT PURCHASE TERMINAL 442733        |           |              |          |
|       | MCDONALD S F6076 LANCASTER PA            |           |              |          |
|       | SEQ # 112524740265XXXXXXXXXXXX4089       |           |              |          |
| 05-07 | 'Trsf Credit                             | 400.00    |              | 3,174.63 |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - JPTDCUI0                        |           |              |          |
|       | SEQ # 112718422945XXXXXXXXXXXX4089       |           |              |          |
| 05-07 | 'Check Card Purchase                     |           | -15.05       | 3,159.58 |
|       | MERCHANT PURCHASE TERMINAL 476062        |           |              |          |
|       | AJ s Surplus Grocery Columbia PA         |           |              |          |
|       | SEQ # 112726300002XXXXXXXXXXXX4089       |           |              |          |
| 05-07 | 'Preauthorized Debit                     |           | -436.00      | 2,723.58 |
|       | ATT Payment                              |           |              |          |
|       | 210507                                   |           |              |          |
| 05-10 | 'Check Card Purchase                     |           | -23.53       | 2,700.05 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 112721030015XXXXXXXXXXXX4089       |           |              |          |



Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                      Page 3 of 8
May 28, 2021                                                              643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 05-10 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>MODERN GROUP LTD 215 949 9 PA<br>SEQ # 112729745628XXXXXXXXXXXX4089 | | -2,349.74 | 350.31 |
| 05-10 | 'Pmt Debit<br>TERMINAL 002 MKWX6KLVZZA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 112923139458XXXXXXXXXXXX4089 | | -9.99 | 340.32 |
| 05-10 | Check  690 | | -75.50 | 264.82 |
| 05-11 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210511 | | -25.00 | 239.82 |
| 05-12 | 'Elec Transfer Credit<br>FR ACC XXXXXXX0846DATE: 05-12-21<br>TIME: 15:23:58 | 100.00 | | 339.82 |
| 05-12 | 'Pmt Debit<br>TERMINAL 002 MKWX75J0JLA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 113203280062XXXXXXXXXXXX4089 | | -3.17 | 336.65 |
| 05-13 | 'Preauthorized Credit<br>Square Inc SQ210513<br>210513 | 4,980.00 | | 5,316.65 |
| 05-14 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - 4WNGJKNB<br>SEQ # 113487441982XXXXXXXXXXXX4089 | 300.00 | | 5,616.65 |
| 05-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>RUTTER S FARM STRE 23 MOUNTVILL PA<br>SEQ # 113320710000XXXXXXXXXXXX4089 | | -63.28 | 5,553.37 |
| 05-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494166<br>ROYAL FARMS 260 LANCASTER PA<br>SEQ # 113325838000XXXXXXXXXXXX4089 | | -16.74 | 5,536.63 |
| 05-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494166<br>ROYAL FARMS 260 LANCASTER PA<br>SEQ # 113320838000XXXXXXXXXXXX4089 | | -7.25 | 5,529.38 |
| 05-14 | 'Preauthorized Debit<br>COMCAST CABLE<br>210514 | | -207.42 | 5,321.96 |
| 05-17 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - PG1CRSKW<br>SEQ # 113591624781XXXXXXXXXXXX4089 | 200.00 | | 5,521.96 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                         Page 4 of 8
May 28, 2021                                                                     43
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-17 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F7641 COLUMBIA PA<br>SEQ # 113420720216XXXXXXXXXXXX4089 | | -19.24 | 5,502.72 |
| 05-17 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>BBS GROCERY OUTLET LP QUARRYVIL PA<br>SEQ # 113520500866XXXXXXXXXXXX4089 | | -103.83 | 5,398.89 |
| 05-17 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0313 LANCASTER PA<br>SEQ # 113521001391XXXXXXXXXXXX4089 | | -20.48 | 5,378.41 |
| 05-17 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 113620030023XXXXXXXXXXXX4089 | | -20.59 | 5,357.82 |
| 05-17 | 'Pmt Debit<br>TERMINAL 002 MKWX8LH17BA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 113621316175XXXXXXXXXXXX4089 | | -4.23 | 5,353.59 |
| 05-17 | 'Preauthorized Debit<br>NATIONAL GENERAL PAYMENT<br>210517 | | -258.57 | 5,095.02 |
| 05-17 | Check  532 | | -5,000.00 | 95.02 |
| 05-18 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - NGURNVI4<br>SEQ # 113721820196XXXXXXXXXXXX4089 | 400.00 | | 495.02 |
| 05-18 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>www cvs com 800 746 7 RI<br>SEQ # 113827600218XXXXXXXXXXXX4089 | | -1.00 | 494.02 |
| 05-19 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>SHEETZ 0544 0000 5447 MILLERSVI PA<br>SEQ # 113829498008XXXXXXXXXXXX4089 | | -15.51 | 478.51 |
| 05-20 | 'Preauthorized Credit<br>Square Inc SQ210520<br>210520 | 4,325.00 | | 4,803.51 |
| 05-20 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>PENN MANOR BEVERAGE MILLERSVI PA<br>SEQ # 113927030014XXXXXXXXXXXX4089 | | -29.00 | 4,774.51 |
| 05-21 | 'Preauthorized Credit<br>Square Inc SQ210521<br>210521 | 3,650.00 | | 8,424.51 |



```
STEVE STRICKLER                                                          Page 5 of 8
May 28, 2021                                                                    7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 114028030014XXXXXXXXXXXX4089 | | -24.78 | 8,399.73 |
| 05-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 114028030015XXXXXXXXXXXX4089 | | -23.15 | 8,376.58 |
| 05-21 | 'Pmt Debit<br>TERMINAL 002 MKWX9XF67WA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 114022190850XXXXXXXXXXXX4089 | | -3.17 | 8,373.41 |
| 05-21 | 'Pmt Debit<br>TERMINAL 002 MKWXB29467A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 114111316540XXXXXXXXXXXX4089 | | -24.37 | 8,349.04 |
| 05-21 | Check   727 | | -782.45 | 7,566.59 |
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 448347<br>Wix Com Inc 415 63990 CA<br>SEQ # 114226000169XXXXXXXXXXXX4089 | | -34.98 | 7,531.61 |
| 05-24 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167006<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 114100069632XXXXXXXXXXXX4089 | | -1.00 | 7,530.61 |
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>CVS PHARMACY 0167 0 COLUMBIA PA<br>SEQ # 114221001387XXXXXXXXXXXX4089 | | -98.76 | 7,431.85 |
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 480197<br>EM HERR COLUMBIA PA<br>SEQ # 114226091020XXXXXXXXXXXX4089 | | -112.48 | 7,319.37 |
| 05-24 | 'Pmt Debit<br>TERMINAL 002 MKWXB7GYNBA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 114201385319XXXXXXXXXXXX4089 | | -3.17 | 7,316.20 |
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INTUIT CL INTUIT CA<br>SEQ # 114321100396XXXXXXXXXXXX4089 | | -42.40 | 7,273.80 |
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>PENN MANOR BEVERAGE MILLERSVI PA<br>SEQ # 114329027010XXXXXXXXXXXX4089 | | -33.00 | 7,240.80 |



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                          Page 6 of 8
May 28, 2021                                                             7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>JOHN HERR S VILLAGE MILLERSVI PA<br>SEQ # 114324720222XXXXXXXXXXXX4089 | | -3.68 | 7,237.12 |
| 05-24 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>210524 | | -100.00 | 7,137.12 |
| 05-24 | Check  726 | | -1,023.80 | 6,113.32 |
| 05-25 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>APPLE COM BILL 800 275 2 CA<br>SEQ # 114422828338XXXXXXXXXXXX4089 | | -8.47 | 6,104.85 |
| 05-25 | 'Preauthorized Debit<br>TFS 888-729-2413 TFS PAY<br>210525 | | -1,956.99 | 4,147.86 |
| 05-26 | 'Preauthorized Credit<br>Square Inc SQ210526<br>210526 | 2,250.00 | | 6,397.86 |
| 05-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>FRAME IO HTTPSFRAM NY<br>SEQ # 114525000036XXXXXXXXXXXX4089 | | -29.00 | 6,368.86 |
| 05-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 473309<br>WINE AND SPIRITS 3625 LANCASTER PA<br>SEQ # 114527756805XXXXXXXXXXXX4089 | | -98.55 | 6,270.31 |
| 05-26 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 402207<br>SUNOCO 0363976202 LANCASTER PA<br>SEQ # 114620016000XXXXXXXXXXXX4089 | | -50.07 | 6,220.24 |
| 05-26 | 'Online Bill Payment<br>IB1CC8ZV DW BANDS<br>1743602 | | -1,464.00 | 4,756.24 |
| 05-26 | 'Online Bill Payment<br>KBDCS8JV COBLENTZ FABRICATI<br>1743602 | | -377.77 | 4,378.47 |
| 05-26 | 'Online Bill Payment<br>YBMCS8JV KNAPERS STOP AND G<br>1743602 | | -51.48 | 4,326.99 |
| 05-26 | 'Preauthorized Debit<br>Nationstar dba Mr Cooper<br>210526 | | -2,595.96 | 1,731.03 |
| 05-27 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - DCAPB32H<br>SEQ # 114787006453XXXXXXXXXXXX4089 | 1,200.00 | | 2,931.03 |

**S&T Bank**
MEMBER FDIC

Direct Inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                    Page 7 of 8
May 28, 2021                                                       7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>J2 EVOICE 866 761 8 CA<br>SEQ # 114721100899XXXXXXXXXXXX4089 | | -23.68 | 2,907.35 |
| 05-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>ZOHO WORKPLACE HTTPSWWW CA<br>SEQ # 114624637590XXXXXXXXXXXX4089 | | -11.13 | 2,896.22 |
| 05-27 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>THE UPS STORE 2450 717 46472 PA<br>SEQ # 114629776102XXXXXXXXXXXX4089 | | -2.12 | 2,894.10 |
| 05-28 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - WEZED4VM<br>SEQ # 114890509439XXXXXXXXXXXX4089 | 250.00 | | 3,144.10 |
| 05-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>BBS GROCERY OUTLET LP QUARRYVIL PA<br>SEQ # 114725100451XXXXXXXXXXXX4089 | | -74.86 | 3,069.24 |
| 05-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>PENN MANOR BEVERAGE MILLERSVI PA<br>SEQ # 114726030014XXXXXXXXXXXX4089 | | -12.00 | 3,057.24 |
| 05-28 | 'Pmt Debit<br>TERMINAL 002 MKWXF3ML32A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 114801455219XXXXXXXXXXXX4089 | | -10.59 | 3,046.65 |
| 05-28 | 'Pmt Debit<br>TERMINAL 002 MKWXF6D43HA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 114808204757XXXXXXXXXXXX4089 | | -15.89 | 3,030.76 |
| 05-28 | 'Maintenance Fee | | -10.00 | 3,020.76 |
| 05-28 | **Ending totals** | **24,505.00** | **-30,248.66** | **$3,020.76** |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 532 | 05-17 | 5,000.00 | 691 | 05-05 | 261.55 |
| 551 * | 05-03 | 3,500.00 | 726 * | 05-24 | 1,023.80 |
| 682 * | 05-04 | 4,800.00 | 727 | 05-21 | 782.45 |
| 689 * | 05-03 | 100.00 | * Skip in check sequence | | |
| 690 | 05-10 | 75.50 | | | |

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

**S&T Bank**
MEMBER FDIC

STEVE STRICKLER                                                                 Page 8 of 8
May 28, 2021                                                                    ˉ7643

## FEE INFORMATION

Following is a **description** of the maintenance fee for the period 05/01/21 to 05/28/21.

| | |
|---|---|
| Maintenance Fee | 10.00 |
| Total Maintenance Fee | 10.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |