**Monthly Financial Report of Business Operations**

| | |
|---|---|
| **Debtor Name** | Steve Strickler |
| **Case #** | 2013673 |
| **Business Name** | Walnut Road Collection, LLC |
| **Month/Year** | 12/2020 |

| BUSINESS INCOME | |
|---|---:|
| (1) Actual Income from Sales & Service | 35,543.75 |
| (2) Other (specify) Discounts and Comps | -974 |
| (3) Other (specify) | |
| (4) TOTAL Actual Income | 34569.75 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (5) Rent/Lease | 285 |
| (6) Utilities (electricity, water, gas, sewer) | 225 |
| (7) Telephone | 435 |
| (8) Insurance | 365 |
| (9) Wages (employees) | |
| (10) Wages (self/owner) | |
| (11) Taxes | |
| (12) Gas and Fuel for vehicles | 440 |
| (13) Other (specify) RAW MATERIALS and Supplies | 21994.2 |
| (14) Other (specify) MACHINE/TRUCK RENTALS | 1385 |
| (15) Other (specify) Machining subcontracted | 2370 |
| (16) Total Actual Business Expenses Paid Out | 27499.2 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---:|
| (17) Net Business Income/Loss | 7070.55 |
| (18) Net Wages from Regular Employer/Debtor | |
| (19) Net Wages from Regular Employer/Spouse | |
| (20) Amount carried over from last month | 4090 |
| (21) Total Monthly Net Income | 11160.55 |

| PERSONAL | |
|---|---:|
| (22) Rent/Mortgage | 2600 |
| (23) Utilities (electricity, water, gas, sewer) | 456 |
| (24) Telephone | 435 |
| (25) Food | 850 |
| (26) Transportation (fuel, tolls, parking) | 140 |
| (27) Other (specify) Vehicle Repairs/Inspection | 686 |
| (28) Other (specify) Cable/Internet | 155 |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Expenses Personal Expenses Paid | 5322 |

| NET INCOME (LOSS) | |
|---|---:|
| (33) Gross Excess Income | 5838.55 |
| (34) Monthly Chapter 13 Plan Payment | 1967 |
| (35) Net Excess Income (loss) | 3871.55 |

1

**S&T Bank**
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

Last statement: November 30, 2020　　　　　　　Page 1 of 10
This statement: December 31, 2020　　　　　　　　7643
Total days in statement period: 31　　　　　　　(0)

STEVE STRICKLER
1472 WATER ST
COLUMBIA PA 17512-9329

## Four Star Banking

| | |
|---|---|
| Account number | /7643 |
| Low balance | $-1,601.17 |
| Average balance | $3,595.50 |
| Avg collected balance | $3,595 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | $3,770.94 |
| 12-01 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 033527720209XXXXXXXXXXXX4089 | | -72.11 | 3,698.83 |
| 12-01 | R Check 146 | | -5,300.00 | -1,601.17 |
| 12-02 | 'NSF Returned Item<br>CHECK 146 | 5,300.00 | | 3,698.83 |
| 12-02 | 'Preauthorized Credit<br>Square Inc SQ201202<br>201202 | 2,455.00 | | 6,153.83 |
| 12-02 | 'Return Item Fee<br>FOR RETURN OF CHECK # 146 | | -36.00 | 6,117.83 |
| 12-02 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM BILL 866 712 7 CA<br>SEQ # 033629100160XXXXXXXXXXXX4089 | | -10.59 | 6,107.24 |
| 12-02 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 033627030013XXXXXXXXXXXX4089 | | -11.71 | 6,095.53 |
| 12-02 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>FUNDRAISER ELISABETHS 515 207 9 IA<br>SEQ # 033622637713XXXXXXXXXXXX4089 | | -39.99 | 6,055.54 |

**S&T Bank**
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                              Page 2 of 10
December 31, 2020                                            '7643

| Date  | Description                              | Additions | Subtractions | Balance  |
|-------|------------------------------------------|-----------|--------------|----------|
| 12-02 | 'Check Card Purchase                     |           | -10.47       | 6,045.07 |
|       | MERCHANT PURCHASE TERMINAL 400097        |           |              |          |
|       | HURRICANE PIZZA GRILL 717 68460 PA       |           |              |          |
|       | SEQ # 033627877901XXXXXXXXXXXX4089       |           |              |          |
| 12-03 | 'Check Card Purchase                     |           | -25.69       | 6,019.38 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 033722030013XXXXXXXXXXXX4089       |           |              |          |
| 12-03 | 'Check Card Purchase                     |           | -52.30       | 5,967.08 |
|       | MERCHANT PURCHASE TERMINAL 476062        |           |              |          |
|       | AJS SURPLUS GROCERY COLUMBIA PA          |           |              |          |
|       | SEQ # 033829390000XXXXXXXXXXXX4089       |           |              |          |
| 12-04 | 'Preauthorized Debit                     |           | -41.99       | 5,925.09 |
|       | Greenlight WEB PMTS                      |           |              |          |
|       | 201204                                   |           |              |          |
| 12-07 | 'Trsf Credit                             | 1,300.00  |              | 7,225.09 |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - 2D8OYQL2                        |           |              |          |
|       | SEQ # 033923666527XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Trsf Credit                             | 520.00    |              | 7,745.09 |
|       | TERMINAL 438273 VISA TRANSFER            |           |              |          |
|       | SQC*ID - V5YIVUKB                        |           |              |          |
|       | SEQ # 034213834747XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Check Card Purchase                     |           | -24.98       | 7,720.11 |
|       | MERCHANT PURCHASE TERMINAL 442733        |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA       |           |              |          |
|       | SEQ # 033926710000XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Check Card Purchase                     |           | -80.30       | 7,639.81 |
|       | MERCHANT PURCHASE TERMINAL 442733        |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA       |           |              |          |
|       | SEQ # 033924710000XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Check Card Purchase                     |           | -56.17       | 7,583.64 |
|       | MERCHANT PURCHASE TERMINAL 469216        |           |              |          |
|       | ADOBE 800 833 66 87 ADOBE LY CA          |           |              |          |
|       | SEQ # 034029100836XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Check Card Purchase                     |           | -13.64       | 7,570.00 |
|       | MERCHANT PURCHASE TERMINAL 419433        |           |              |          |
|       | DEAN LITTLES DISTRIBUTORCOLUMBIA PA      |           |              |          |
|       | SEQ # 034124030020XXXXXXXXXXXX4089       |           |              |          |
| 12-07 | 'Account Debit                           |           | -500.00      | 7,070.00 |
|       | ZELLE GEORGE SNOOK                       |           |              |          |
|       | S&T BANK 65180                           |           |              |          |
|       | 800 PHILADELPHIA S                       |           |              |          |
| 12-07 | Check   147                              |           | -1,200.00    | 5,870.00 |
| 12-08 | 'Preauthorized Debit                     |           | -3.00        | 5,867.00 |
|       | ONLINE BANKING FEE                       |           |              |          |
|       | 201208 TRANSACTIONAL                     |           |              |          |



```
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
```

STEVE STRICKLER                                                                  Page 3 of 10
December 31, 2020                                                                      ....7643

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 12-09 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>201209 |  | -4.99 | 5,862.01 |
| 12-10 | 'Preauthorized Credit<br>Square Inc SQ201210<br>201210 | 2,875.00 |  | 8,737.01 |
| 12-10 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - X3O4VC8J<br>SEQ # 034519580325XXXXXXXXXXXX4089 | 1,950.00 |  | 10,687.01 |
| 12-10 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 425802<br>RESTAURANT STORE 141 LANCASTER PA<br>SEQ # 034426017033XXXXXXXXXXXX4089 |  | -34.38 | 10,652.63 |
| 12-10 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 034424030013XXXXXXXXXXXX4089 |  | -12.03 | 10,640.60 |
| 12-10 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 034522390000XXXXXXXXXXXX4089 |  | -108.01 | 10,532.59 |
| 12-10 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 473309<br>WINE AND SPIRITS 3603 COLUMBIA PA<br>SEQ # 034422756799XXXXXXXXXXXX4089 |  | -22.25 | 10,510.34 |
| 12-10 | 'Pmt Debit<br>TERMINAL 002 MKWVKB6N58A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 034423332492XXXXXXXXXXXX4089 |  | -9.99 | 10,500.35 |
| 12-10 | 'Withdrawal |  | -7,500.00 | 3,000.35 |
| 12-11 | 'Preauthorized Credit<br>Square Inc SQ201211<br>201211 | 1,975.00 |  | 4,975.35 |
| 12-11 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476501<br>RW CONNECTION INC 717 898 5 PA<br>SEQ # 034529726747XXXXXXXXXXXX4089 |  | -166.74 | 4,808.61 |
| 12-11 | 'POS Purchase<br>POS PURCHASE TERMINAL 30167003<br>CVS/PHARMACY #01 COLUMBIA PA<br>SEQ # 034600038946XXXXXXXXXXXX4089 |  | -3.71 | 4,804.90 |
| 12-11 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>201211 |  | -100.00 | 4,704.90 |



S&T Bank
Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                    Page 4 of 10
December 31, 2020                                                        /643
```

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 412942<br>MILLERSVILLE MART MILLERSVI PA<br>SEQ # 034625100000XXXXXXXXXXXX4089 |  | -27.14 | 4,677.76 |
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>PENN MANOR BEVERAGE MILLERSVI PA<br>SEQ # 034624030013XXXXXXXXXXXX4089 |  | -23.00 | 4,654.76 |
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>HOT Z PIZZA LAND ISVI LANDISVIL PA<br>SEQ # 034621500599XXXXXXXXXXXX4089 |  | -17.00 | 4,637.76 |
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 034823030020XXXXXXXXXXXX4089 |  | -12.03 | 4,625.73 |
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 400097<br>UNION STATION GRILL IN 717 95101 PA<br>SEQ # 034824933903XXXXXXXXXXXX4089 |  | -52.00 | 4,573.73 |
| 12-14 | 'Pmt Debit<br>TERMINAL 002 MKWVL1718GA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 034703057177XXXXXXXXXXXX4089 |  | -4.23 | 4,569.50 |
| 12-14 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 034820030020XXXXXXXXXXXX4089 |  | -24.46 | 4,545.04 |
| 12-14 | 'Preauthorized Debit<br>COMCAST CABLE<br>201214 |  | -166.23 | 4,378.81 |
| 12-14 | Check   148 |  | -250.00 | 4,128.81 |
| 12-14 | Check   149 |  | -2,370.00 | 1,758.81 |
| 12-15 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - FOMRRDXE<br>SEQ # 034922859500XXXXXXXXXXXX4089 | 1,595.00 |  | 3,353.81 |
| 12-15 | 'Trsf Credit<br>TERMINAL 438273 VISA TRANSFER<br>SQC*ID - LV8RNESM<br>SEQ # 035015057543XXXXXXXXXXXX4089 | 655.00 |  | 4,008.81 |
| 12-15 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>MCDONALD S F7641 COLUMBIA PA<br>SEQ # 034928720215XXXXXXXXXXXX4089 |  | -4.24 | 4,004.57 |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                                Page 5 of 10
December 31, 2020                                                              7643

| Date  | Description                                   | Additions | Subtractions | Balance  |
|-------|-----------------------------------------------|-----------|--------------|----------|
| 12-15 | 'Check Card Purchase                          |           | -26.48       | 3,978.09 |
|       | MERCHANT PURCHASE TERMINAL 480197             |           |              |          |
|       | EM HERR COLUMBIA PA                           |           |              |          |
|       | SEQ # 035026091023XXXXXXXXXXXX4089            |           |              |          |
| 12-15 | 'Check Card Purchase                          |           | -124.04      | 3,854.05 |
|       | MERCHANT PURCHASE TERMINAL 442733             |           |              |          |
|       | WEIS MARKETS 098 COLUMBIA PA                  |           |              |          |
|       | SEQ # 034923720209XXXXXXXXXXXX4089            |           |              |          |
| 12-15 | 'Check Card Purchase                          |           | -19.07       | 3,834.98 |
|       | MERCHANT PURCHASE TERMINAL 473309             |           |              |          |
|       | WINE AND SPIRITS 3603 COLUMBIA PA             |           |              |          |
|       | SEQ # 034921756179XXXXXXXXXXXX4089            |           |              |          |
| 12-15 | 'Preauthorized Debit                          |           | -256.57      | 3,578.41 |
|       | NATIONAL GENERAL PAYMENT                      |           |              |          |
|       | 201215                                        |           |              |          |
| 12-16 | 'Check Card Purchase                          |           | -22.08       | 3,556.33 |
|       | MERCHANT PURCHASE TERMINAL 442733             |           |              |          |
|       | WEIS MARKETS 017 LANCASTER PA                 |           |              |          |
|       | SEQ # 035025720210XXXXXXXXXXXX4089            |           |              |          |
| 12-16 | 'Check Card Purchase                          |           | -4.23        | 3,552.10 |
|       | MERCHANT PURCHASE TERMINAL 475542             |           |              |          |
|       | OLLIES BARGAIN OUTLET 00LANCASTER PA          |           |              |          |
|       | SEQ # 035129123512XXXXXXXXXXXX4089            |           |              |          |
| 12-16 | 'POS Purchase                                 |           | -22.97       | 3,529.13 |
|       | POS PURCHASE TERMINAL 74844005                |           |              |          |
|       | WENDYS #6449 COLUMBIA PA                      |           |              |          |
|       | SEQ # 035000306757XXXXXXXXXXXX4089            |           |              |          |
| 12-17 | 'Pmt Debit                                    |           | -4.23        | 3,524.90 |
|       | TERMINAL 002 MKWVMFF5QLA0                     |           |              |          |
|       | APPLE COM BILL CUPERTINO CA                   |           |              |          |
|       | SEQ # 035121047522XXXXXXXXXXXX4089            |           |              |          |
| 12-17 | 'Check Card Purchase                          |           | -66.19       | 3,458.71 |
|       | MERCHANT PURCHASE TERMINAL 476062             |           |              |          |
|       | AJS SURPLUS GROCERY COLUMBIA PA               |           |              |          |
|       | SEQ # 035222390000XXXXXXXXXXXX4089            |           |              |          |
| 12-18 | 'Preauthorized Credit                         | 2,725.00  |              | 6,183.71 |
|       | Square Inc SQ201218                           |           |              |          |
|       | 201218                                        |           |              |          |
| 12-18 | 'Preauthorized Debit                          |           | -1,956.99    | 4,226.72 |
|       | TFS 888-729-2413 TFS PAY                      |           |              |          |
|       | 201218                                        |           |              |          |
| 12-21 | 'Check Card Purchase                          |           | -11.69       | 4,215.03 |
|       | MERCHANT PURCHASE TERMINAL 442733             |           |              |          |
|       | RUTTER S FARM STRE 23 MOUNTVILL PA            |           |              |          |
|       | SEQ # 035323710000XXXXXXXXXXXX4089            |           |              |          |

**S&T Bank**
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                            Page 6 of 10
December 31, 2020                                                          7643

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM Premium Plan 800 60009 NY<br>SEQ # 035426109873XXXXXXXXXXXX4089 | | -34.98 | 4,180.05 |
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>NORDSTROM RACK 65 2 LANCASTER PA<br>SEQ # 035626001260XXXXXXXXXXXX4089 | | -88.13 | 4,091.92 |
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494135<br>DICK S SPORTING GOODS LANCASTER PA<br>SEQ # 035626761008XXXXXXXXXXXX4089 | | -97.98 | 3,993.94 |
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 017 LANCASTER PA<br>SEQ # 035520720209XXXXXXXXXXXX4089 | | -10.59 | 3,983.35 |
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0253 LANCASTER PA<br>SEQ # 035623001260XXXXXXXXXXXX4089 | | -30.02 | 3,953.33 |
| 12-21 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TRACTOR SUPPLY COMPANY MT JOY PA<br>SEQ # 035624001260XXXXXXXXXXXX4089 | | -216.05 | 3,737.28 |
| 12-21 | Check  150 | | -3,000.00 | 737.28 |
| 12-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 412259<br>BIG DOG CRAFT BREWING LANCASTER PA<br>SEQ # 035624030014XXXXXXXXXXXX4089 | | -16.00 | 721.28 |
| 12-22 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 407105<br>ROOTS BEER DISTRIBUTOR MOUNT JOY PA<br>SEQ # 035623939174XXXXXXXXXXXX4089 | | -31.13 | 690.15 |
| 12-23 | 'Preauthorized Credit<br>Square Inc SQ201223<br>201223 | 1,875.00 | | 2,565.15 |
| 12-23 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 035722030013XXXXXXXXXXXX4089 | | -13.90 | 2,551.25 |
| 12-24 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INT QuickBooks Online 800 446 8 CA<br>SEQ # 035822100183XXXXXXXXXXXX4089 | | -42.40 | 2,508.85 |



S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

STEVE STRICKLER                                                           Page 7 of 10
December 31, 2020                                                         /643

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>RUTTER S FARM STRE 23 MOUNTVILL PA<br>SEQ # 035929710000XXXXXXXXXXXX4089 | | -66.71 | 2,442.14 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 035925030014XXXXXXXXXXXX4089 | | -34.92 | 2,407.22 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494144<br>VICTORIA S SECRET 0249 LANCASTER PA<br>SEQ # 036021819001XXXXXXXXXXXX4089 | | -147.00 | 2,260.22 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>WEGMANS LANCASTER 135 LANCASTER PA<br>SEQ # 036026001479XXXXXXXXXXXX4089 | | -41.31 | 2,218.91 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>WEGMANS LANCASTER 135 LANCASTER PA<br>SEQ # 036029001479XXXXXXXXXXXX4089 | | -37.18 | 2,181.73 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 419433<br>DEAN LITTLES DISTRIBUTORCOLUMBIA PA<br>SEQ # 035926027010XXXXXXXXXXXX4089 | | -8.00 | 2,173.73 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494135<br>DICK S CLOTHING SPORTINGYORK PA<br>SEQ # 036027761044XXXXXXXXXXXX4089 | | -110.00 | 2,063.73 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 455193<br>BIG JIMS SEAFOOD HOUSE YORK PA<br>SEQ # 036023016017XXXXXXXXXXXX4089 | | -20.00 | 2,043.73 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>TARGET 0001 2211 YORK PA<br>SEQ # 035922091007XXXXXXXXXXXX4089 | | -43.87 | 1,999.86 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 035921720214XXXXXXXXXXXX4089 | | -135.10 | 1,864.76 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 035923720214XXXXXXXXXXXX4089 | | -4.00 | 1,860.76 |



Direct inquiries to
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                              Page 8 of 10
December 31, 2020                                                   7643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-28 | 'Pmt Debit<br>TERMINAL 002 MKWVNN1HJ6A0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 035922124400XXXXXXXXXXXX4089 | | -6.34 | 1,854.42 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>FRAME IO HTTPSFRAM NY<br>SEQ # 036029637874XXXXXXXXXXXX4089 | | -29.00 | 1,825.42 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>ZOHO WORKPLACE HTTPSWWW CA<br>SEQ # 036124637916XXXXXXXXXXXX4089 | | -11.13 | 1,814.29 |
| 12-28 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>J2 EVOICE 866 761 8 CA<br>SEQ # 036125100143XXXXXXXXXXXX4089 | | -23.68 | 1,790.61 |
| 12-28 | 'Pmt Debit<br>TERMINAL 002 MKWVSZKXFXA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 036308042033XXXXXXXXXXXX4089 | | -15.89 | 1,774.72 |
| 12-29 | 'Check Card Refund<br>MERCHANT REFUND TERMINAL 494135<br>DICK S SPORTING GOODS LANCASTER PA<br>SEQ # 036477761006XXXXXXXXXXXX4089 | 110.00 | | 1,884.72 |
| 12-29 | 'Check Card Refund<br>MERCHANT REFUND TERMINAL 494135<br>DICK S SPORTING GOODS LANCASTER PA<br>SEQ # 036476761006XXXXXXXXXXXX4089 | 60.00 | | 1,944.72 |
| 12-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 476062<br>AJS SURPLUS GROCERY COLUMBIA PA<br>SEQ # 036420390000XXXXXXXXXXXX4089 | | -96.75 | 1,847.97 |
| 12-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM Mailboxes G Suit800 60009 NY<br>SEQ # 036325110490XXXXXXXXXXXX4089 | | -12.72 | 1,835.25 |
| 12-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>NORDSTROM RACK 65 2 LANCASTER PA<br>SEQ # 036420001254XXXXXXXXXXXX4089 | | -7.00 | 1,828.25 |
| 12-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>THE HEAT CHECK LANCASTER PA<br>SEQ # 036323637087XXXXXXXXXXXX4089 | | -123.00 | 1,705.25 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                    Page 9 of 10
December 31, 2020                                                       /643
```

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 12-29 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>TURKEY HILL 0231 LANCASTER PA<br>SEQ # 036420001254XXXXXXXXXXXX4089 | | -29.69 | 1,675.56 |
| 12-29 | 'Preauthorized Debit<br>NATIONAL GENERAL PAYMENT<br>201229 | | -249.15 | 1,426.41 |
| 12-30 | 'Preauthorized Credit<br>Square Inc SQ201230<br>201230 | 1,675.00 | | 3,101.41 |
| 12-30 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>OLD NAVY US 5963 LANCASTER PA<br>SEQ # 036422100684XXXXXXXXXXXX4089 | | -31.59 | 3,069.82 |
| 12-30 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 494144<br>VICTORIA S SECRET 0249 LANCASTER PA<br>SEQ # 036425819000XXXXXXXXXXXX4089 | | -8.43 | 3,061.39 |
| 12-30 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 490641<br>WIX COM 838107563 800 60009 NY<br>SEQ # 036425110592XXXXXXXXXXXX4089 | | -6.34 | 3,055.05 |
| 12-30 | 'Elec Transfer W/D<br>TO ACC XXXXXXX0846DATE: 12-29-20<br>TIME: 23:33:53 | | -325.00 | 2,730.05 |
| 12-30 | 'Pmt Debit<br>TERMINAL 002 MKWVTH4T7HA0<br>APPLE COM BILL CUPERTINO CA<br>SEQ # 036501122543XXXXXXXXXXXX4089 | | -10.59 | 2,719.46 |
| 12-30 | 'Preauthorized Debit<br>Greenlight WEB PMTS<br>201230 | | -50.00 | 2,669.46 |
| 12-31 | 'Preauthorized Credit<br>Square Inc SQ201231<br>201231 | 2,725.00 | | 5,394.46 |
| 12-31 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>WEIS MARKETS 098 COLUMBIA PA<br>SEQ # 036527720210XXXXXXXXXXXX4089 | | -143.00 | 5,251.46 |
| 12-31 | 'Check Card Purchase<br>MERCHANT PURCHASE TERMINAL 480197<br>EM HERR COLUMBIA PA<br>SEQ # 036625091029XXXXXXXXXXXX4089 | | -8.05 | 5,243.41 |
| 12-31 | 'Preauthorized Debit<br>ATT Payment<br>201231 | | -435.36 | 4,808.05 |
| 12-31 | Check   200 | | -1,137.85 | 3,670.20 |

**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
STEVE STRICKLER                                                Page 10 of 10
December 31, 2020                                                       17643
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | 'Maintenance Fee | | -10.00 | 3,660.20 |
| 12-31 | **Ending totals** | **27,795.00** | **-27,905.74** | **$3,660.20** |

```
           R-Check has been returned
```

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 146 R | 12-01 | 5,300.00 | 150 | 12-21 | 3,000.00 |
| 147 | 12-07 | 1,200.00 | 200 * | 12-31 | 1,137.85 |
| 148 | 12-14 | 250.00 | * **Skip in check sequence** | | |
| 149 | 12-14 | 2,370.00 | **R-Check has been returned** | | |

## FEE INFORMATION

Following is a **description** of the maintenance fee for the period 12/01/20 to 12/31/20.

```
       Maintenance Fee                                   10.00

       Total Maintenance Fee                             10.00
```

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $288.00 |
| Total Returned Item Fees | $36.00 | $36.00 |