| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13673-PMM**

Steven W. Strickler
1472 Water St.
Columbia  PA    17512

Petition Filed Date: 09/11/2020
341 Hearing Date: 10/27/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/27/2020 | $1,950.00 | | 11/20/2020 | $1,950.00 | | 12/28/2020 | $1,950.00 | |
| 01/26/2021 | $1,950.00 | | 03/04/2021 | $1,950.00 | | 04/05/2021 | $1,950.00 | |
| 05/04/2021 | $1,950.00 | | 06/01/2021 | $1,950.00 | | | | |

**Total Receipts for the Period: $15,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 014 | Secured Creditors | $0.00 | $750.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,878.92 | $0.00 | $0.00 |
| 3 | DIRECTV LLC<br>»» 002 | Unsecured Creditors | $296.15 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $114.66 | $0.00 | $0.00 |
| 5 | DH FUNK & SONS LLC<br>»» 004 | Unsecured Creditors | $16,948.47 | $0.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $4,250.00 | $0.00 | $4,250.00 |
| 6 | BRANCH BANKING & TRUST CO<br>»» 006 | Unsecured Creditors | $6,946.07 | $0.00 | $0.00 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 007 | Unsecured Creditors | $45.00 | $0.00 | $0.00 |
| 8 | BRANCH BANKING & TRUST CO<br>»» 008 | Unsecured Creditors | $585.30 | $0.00 | $0.00 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $18,725.31 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $21,175.14 | $0.00 | $0.00 |
| 11 | COMMONWEALTH OF PA UCTS<br>»» 011 | Secured Creditors | $1,174.08 | $0.00 | $0.00 |
| 12 | KUBOTA CREDIT CORPORATION<br>»» 012 | Secured Creditors | $2,465.86 | $0.00 | $0.00 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 013 | Priority Creditors | $1,178.32 | $0.00 | $0.00 |
| 14 | BRANCH BANKING & TRUST CO<br>»» 015 | Unsecured Creditors | $11,194.90 | $0.00 | $0.00 |
| 15 | BRANCH BANKING & TRUST CO<br>»» 016 | Unsecured Creditors | $30,672.93 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13673-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | BRANCH BANKING & TRUST CO<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | BRANCH BANKING & TRUST CO<br>»» 018 | Unsecured Creditors | $20,912.06 | $0.00 | $0.00 |
| 18 | ORION FIRST FINANCIAL, LLC<br>»» 19S | Secured Creditors | $2,211.92 | $0.00 | $0.00 |
| 19 | ORION FIRST FINANCIAL, LLC<br>»» 19U | Unsecured Creditors | $6,076.64 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $981.87 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $12,390.45 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $2,529.78 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $22,804.46 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $18,056.45 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,600.00 | Current Monthly Payment: | $1,900.00 |
| Paid to Claims: | $750.00 | Arrearages: | ($1,950.00) |
| Paid to Trustee: | $1,209.00 | Total Plan Base: | $112,450.00 |
| Funds on Hand: | $13,641.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.