**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven W. Strickler dba MindMotionFilms<br>Debtor(s) | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>Movant<br>vs.<br>Steven W. Strickler dba MindMotionFilms<br>Debtor(s) | NO. 20-13673 PMM |
| Scott F. Waterman<br>Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this       day of            , 2021, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay filed by Pingora Loan Servicing, LLC ("Movant"), a to the Property located at 1472 Water Street, Columbia, PA is denied without prejudice, and it is

FURTHER ORDERED THAT Movant's fees and costs in the sum of $1,050.00 for attorneys' fees and $188.00 for filing fees, totaling $1,238.00, are hereby recoverable and to be paid by the Trustee through Debtor's Chapter 13 Plan to Movant, and it is

FURTHER ORDERED THAT the Clerk shall modify the Claims Register and specifically Movant's Claim, 9-2, in accordance with the amounts above.

_____
United States Bankruptcy Judge.