United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13673-pmm
Steven W. Strickler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

**Recip ID**    **Recipient Name and Address**
db      + Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW M. LUBIN
     on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com, bkecf@milsteadlaw.com

HOWARD GERSHMAN
     on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JOHN A. DIGIAMBERARDINO
     on behalf of Debtor Steven W. Strickler jad@cdllawoffice.com dmk@cdllawoffice.com

KERI P EBECK
     on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS E. REILLY
        on behalf of Creditor Hamni Bank ecf@tomreillylaw.com tereilly@tomreillylaw.com

THOMAS YOUNG.HAE SONG
        on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven W. Strickler dba MindMotionFilms<br>     Debtor(s) | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>     Movant<br>vs.<br>Steven W. Strickler dba MindMotionFilms<br>     Debtor(s) | NO. 20-13673 PMM |
| Scott F. Waterman<br>     Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 20th day of July, 2021, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay filed by Pingora Loan Servicing, LLC ("Movant"), a to the Property located at 1472 Water Street, Columbia, PA is denied without prejudice, and it is

FURTHER ORDERED THAT Movant's fees and costs in the sum of $1,050.00 for attorneys' fees and $188.00 for filing fees, totaling $1,238.00, are hereby recoverable and to be paid by the Trustee through Debtor's Chapter 13 Plan to Movant, and it is

FURTHER ORDERED THAT the Clerk shall modify the Claims Register and specifically Movant's Claim, 9-2, in accordance with the amounts above.

**Date: July 20, 2021**

*Patricia M. Mayer*
United States Bankruptcy Judge.