IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-13673-pmm |
| STEVEN W. STRICKLER, | Chapter 13 |
| Debtor, | Related to Doc. No. 48 |
| KUBOTA CREDIT CORPORATION, | |
| Movant<br>v. | |
| STEVEN W. STRICKLER<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>Respondents | |

## PRAECIPE TO WITHDRAW THE OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the Motion for Relief from Stay filed on behalf of Kubota Credit Corporation on May 24, 2021 at Document No. 48. The Debtor's Second Amended Chapter 13 Plan filed on September 28, 2021 at Document No. 71 resolves the Objection to the Confirmation of the Plan

Dated: September 28, 2021

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Kubota Credit Corporation*