United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 20-13673-pmm

Steven W. Strickler                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                                 Page 1 of 3
Date Rcvd: Sep 30, 2021                Form ID: 155                                Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |
| 14537000 | + | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14548352 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14537001 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14541011 | | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14547716 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14549178 | + | Commonwealth of Pennsylvania (UCTS), Unemployment Compensation Tax Services, Department of Labor, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14537006 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14537007 | + | D.H. Funk and Sons, 3995 Continental Dr, Columbia, PA 17512-9779 |
| 14537011 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14547437 | + | Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14555055 | + | Hamni Bank, c/o THOMAS E. REILLY, Thomas E. Reilly PC, 1468 Laurel Drive, Sewickley, PA 15143-8599 |
| 14537012 | + | Hanmi Bank, 5403 Olympic Drive NW, Ste. 200, Gig Harbor, WA 98335-1853 |
| 14537013 | + | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14546907 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Rd., Ste. 101, Wyomissing, PA 19610-1342 |
| 14537014 | | Kubota Credit Corp, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 14550925 | + | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14537015 | | Michael J. Dougherty, Esquire, WELTMAN, WEINBERG & REIS CO., 170 S. Independence Mall West, Ste. 874W, Philadelphia, PA 19106-3334 |
| 14537016 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14605549 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14540323 | + | Pingora Loan Servicing, LLC, ennote vesting---, Nationstar Mortgage, LLC, c/o Andrew M. Lubin, Esq., 1 E. Stow Road Marlton, NJ 08053-3118 |
| 14548305 | + | Pingora Loan Servicing, LLC, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096 Dallas, TX 75261-9096 |
| 14537018 | #+ | Red Digital Cinema, 34 Parker, Irvine, CA 92618-1609 |
| 14537019 | + | Sequium Asset Solutions LLC, 1130 Northchase Parkway, Ste. 150, Marietta, GA 30067-6429 |
| 14537020 | + | Southwest End Office, 2334 Woodwick Road, Lancaster, PA 17601-3240 |
| 14537024 | + | Wood-Mizer LLC, 8180 W. 10th St., Indianapolis, IN 46214-2430 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14537002 | | Email/Text: bankruptcy@bbandt.com | Sep 30 2021 23:53:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14547867 | + | Email/Text: bankruptcy@bbandt.com | Sep 30 2021 23:53:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14537004 | | Email/Text: documentfiling@lciinc.com | Sep 30 2021 23:52:00 | Comcast, P.O. Box 70219, Philadelphia, PA |

Case 20-13673-pmm   Doc 77   Filed 10/02/21   Entered 10/03/21 00:39:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: 155 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14537005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 30 2021 23:53:00 | | 19176-0219 Comenity Capital/adoram, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14538821 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2021 23:57:38 | | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14538820 | | Email/Text: mrdiscen@discover.com Sep 30 2021 23:53:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14537008 | + | Email/Text: mrdiscen@discover.com Sep 30 2021 23:53:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14537010 | + | Email/Text: bankruptcy@firstpointcollectionresources.com Sep 30 2021 23:53:00 | | Firstpoint Collection Resolution, Attn: Bankruptcy, Po Box 26140, Greensboro, NC 27402-6140 |
| 14537003 | | Email/PDF: ais.chase.ebn@americaninfosource.com Sep 30 2021 23:57:44 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14561174 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 30 2021 23:57:45 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14553164 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2021 23:53:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14537017 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us Sep 30 2021 23:53:00 | | PA Dept. of Labor & Industry, Office of Chief Counsel, Labor & Industry Bldg., 10th fl., 651 Boas St., Harrisburg, PA 17121-0725 |
| 14561992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2021 23:57:36 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14560438 | | Email/Text: bnc-quantum@quantum3group.com Sep 30 2021 23:53:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14561233 | + | Email/PDF: gecsedi@recoverycorp.com Sep 30 2021 23:57:44 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14537021 | + | Email/PDF: gecsedi@recoverycorp.com Sep 30 2021 23:57:44 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537022 | + | Email/PDF: gecsedi@recoverycorp.com Sep 30 2021 23:57:36 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537023 | + | Email/Text: bankruptcy@bbandt.com Sep 30 2021 23:53:00 | | Truist Financial Corporation, 4251 Fayetteville Road, Lumberton, NC 28358-2678 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537009 | | First Source |
| 14539875 | | Pingora Loan Servicing ,LLC enote vesting-- Nation |
| 14548897 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14548894 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14547206 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 30, 2021 | Form ID: 155 | Total Noticed: 44 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2021              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| KERI P EBECK | on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Steven W. Strickler steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| THOMAS SONG | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| THOMAS E. REILLY | on behalf of Creditor Hamni Bank ecf@tomreillylaw.com  tereilly@tomreillylaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven W. Strickler
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−13673−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 30th day of September 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

75
Form 155