UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Steven W. Strickler,  ) Chapter 13
        Debtor.  )
          ) Bky. No. 20-13673-PMM

**ORDER**

AND NOW, this 20th day of January 2022, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby

ORDERED that said Application is hereby GRANTED.

IT IS HEREBY ORDERED that counsel fees of $5,690.00 are APPROVED and for the time period 9/11/2020 through 9/30/2021.

The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant, minus the $1,440.00 that was received by counsel pre-petition, as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the allowed compensation set forth in the Application less $1,440.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer