| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-13673-PMM

Steven W. Strickler  
1472 Water St.  
Columbia  PA   17512

Petition Filed Date: 09/11/2020  
341 Hearing Date: 10/27/2020  
Confirmation Date: 09/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $2,425.00 | | 09/14/2022 | $2,425.00 | | 09/21/2022 | $2,425.00 | |
| 11/01/2022 | $2,425.00 | | 12/20/2022 | $2,425.00 | | 01/19/2023 | $2,425.00 | |
| 02/21/2023 | $2,425.00 | | 04/05/2023 | $2,425.00 | | 05/16/2023 | $2,425.00 | |
| 07/07/2023 | $2,425.00 | | 07/24/2023 | $2,425.00 | | | | |

**Total Receipts for the Period: $26,675.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $71,749.67**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 014 | Secured Creditors | $9,153.75 | $5,116.88 | $4,036.87 |
| 2 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $11,878.92 | $0.00 | $11,878.92 |
| 3 | DIRECTV LLC<br>»» 002 | Unsecured Creditors | $296.15 | $0.00 | $296.15 |
| 4 | BANK OF AMERICA<br>»» 003 | Secured Creditors | $33,098.37 | $15,976.79 | $17,121.58 |
| 5 | DH FUNK & SONS LLC<br>»» 004 | Unsecured Creditors | $16,948.47 | $0.00 | $16,948.47 |
| 6 | BRANCH BANKING & TRUST CO<br>»» 006 | Unsecured Creditors | $6,946.07 | $0.00 | $6,946.07 |
| 7 | BRANCH BANKING & TRUST CO<br>»» 007 | Unsecured Creditors | $45.00 | $0.00 | $45.00 |
| 8 | BRANCH BANKING & TRUST CO<br>»» 008 | Unsecured Creditors | $585.30 | $0.00 | $585.30 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $18,725.31 | $9,038.79 | $9,686.52 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $21,175.14 | $0.00 | $21,175.14 |
| 11 | COMMONWEALTH OF PA UCTS<br>»» 011 | Secured Creditors | $1,297.35 | $626.22 | $671.13 |
| 12 | KUBOTA CREDIT CORPORATION<br>»» 012 | Secured Creditors | $40,879.80 | $19,732.91 | $21,146.89 |
| 13 | PA DEPARTMENT OF REVENUE<br>»» 013 | Priority Crediors | $1,178.32 | $1,178.32 | $0.00 |
| 14 | BRANCH BANKING & TRUST CO<br>»» 015 | Unsecured Creditors | $11,194.90 | $0.00 | $11,194.90 |
| 15 | BRANCH BANKING & TRUST CO<br>»» 016 | Unsecured Creditors | $30,672.93 | $0.00 | $30,672.93 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | BRANCH BANKING & TRUST CO »» 017 | Secured Creditors | $5,261.96 | $2,539.97 | $2,721.99 |
| 17 | BRANCH BANKING & TRUST CO »» 018 | Unsecured Creditors | $20,912.06 | $0.00 | $20,912.06 |
| 18 | ORION FIRST FINANCIAL, LLC »» 19S | Secured Creditors | $9,393.84 | $4,534.45 | $4,859.39 |
| 19 | ORION FIRST FINANCIAL, LLC »» 19U | Unsecured Creditors | $6,076.64 | $0.00 | $6,076.64 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $981.87 | $0.00 | $981.87 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $12,390.45 | $0.00 | $12,390.45 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $2,529.78 | $0.00 | $2,529.78 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $22,804.46 | $0.00 | $22,804.46 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $18,056.45 | $0.00 | $18,056.45 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 25 | NATIONSTAR MORTGAGE LLC »» 09P | Mortgage Arrears | $1,238.00 | $597.62 | $640.38 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,749.67 | Current Monthly Payment: | $2,424.89 |
| Paid to Claims: | $63,591.95 | Arrearages: | $4,847.91 |
| Paid to Trustee: | $5,950.97 | Total Plan Base: | $139,644.72 |
| Funds on Hand: | $2,206.75 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.