United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-13673-pmm

Steven W. Strickler Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 4
Date Rcvd: Oct 19, 2023 Form ID: pdf900 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14547716 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14549178 | + | Commonwealth of Pennsylvania (UCTS), Unemployment Compensation Tax Services, Department of Labor, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14537007 | + | D.H. Funk and Sons, 3995 Continental Dr, Columbia, PA 17512-9779 |
| 14547437 | + | Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14555055 | + | Hamni Bank, c/o THOMAS E. REILLY, Thomas E. Reilly PC, 1468 Laurel Drive, Sewickley, PA 15143-8599 |
| 14537012 | + | Hanmi Bank, 5403 Olympic Drive NW, Ste. 200, Gig Harbor, WA 98335-1853 |
| 14546907 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Rd., Ste. 101, Wyomissing, PA 19610-1342 |
| 14540323 | + | Pingora Loan Servicing, LLC, ennote vesting---, Nationstar Mortgage, LLC, c/o Andrew M. Lubin, Esq., 1 E. Stow Road Marlton, NJ 08053-3118 |
| 14537018 | + | Red Digital Cinema, 34 Parker, Irvine, CA 92618-1609 |
| 14537020 | + | Southwest End Office, 2334 Woodwick Road, Lancaster, PA 17601-3240 |
| 14537024 | + | Wood-Mizer LLC, 8180 W. 10th St., Indianapolis, IN 46214-2430 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 20 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:24:21 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14537000 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:30 | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14548352 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 00:24:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14537002 | | Email/Text: bankruptcy@bbandt.com | Oct 20 2023 00:11:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14547867 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2023 00:11:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14537001 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14541011 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

Case 20-13673-pmm    Doc 98    Filed 10/21/23    Entered 10/22/23 00:31:23    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14537004 | | Email/Text: documentfiling@lciinc.com | Oct 20 2023 00:11:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14537005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 00:11:00 | Comenity Capital/adoram, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14537006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:12:33 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14538821 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:12:04 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14538820 | | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14537008 | + | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14537011 | | Email/Text: EBNBKNOT@ford.com | Oct 20 2023 00:11:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14547206 | | Email/Text: EBNBKNOT@ford.com | Oct 20 2023 00:11:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14537010 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Oct 20 2023 00:11:00 | Firstpoint Collection Resolution, Attn: Bankruptcy, Po Box 26140, Greensboro, NC 27402-6140 |
| 14537013 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 20 2023 00:11:00 | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14537003 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2023 00:12:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14537014 | ^ | MEBN | Oct 20 2023 00:08:02 | Kubota Credit Corp, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 14550925 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Oct 20 2023 00:11:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14785100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14561174 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14537015 | | Email/Text: PHILAW@weltman.com | Oct 20 2023 00:11:00 | Michael J. Dougherty, Esquire, WELTMAN, WEINBERG & REIS CO., 170 S. Independence Mall West, Ste. 874W, Philadelphia, PA 19106-3334 |
| 14537016 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14605549 | ^ | MEBN | Oct 20 2023 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553164 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2023 00:11:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14537017 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Oct 20 2023 00:11:00 | PA Dept. of Labor & Industry, Office of Chief Counsel, Labor & Industry Bldg., 10th fl., 651 Boas St., Harrisburg, PA 17121-0725 |
| 14561992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:12:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14548305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Pingora Loan Servicing, LLC, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14560438 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14537019 | | Email/Text: bankruptcy@sequium.com | Oct 20 2023 00:11:00 | Sequium Asset Solutions LLC, 1130 Northchase Parkway, Ste. 150, Marietta, GA 30067 |
| 14561233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:24:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794437 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:12:59 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14537021 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:24:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537022 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:24:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537023 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2023 00:11:00 | Truist Financial Corporation, 4251 Fayetteville Road, Lumberton, NC 28358-2678 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537009 | | First Source |
| 14539875 | | Pingora Loan Servicing ,LLC enote vesting-- Nation |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14548894 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14548897 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 51

BRIAN CRAIG NICHOLAS
on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

HOWARD GERSHMAN
on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

KERI P EBECK
on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor PINGORA LOAN SERVICING LLC mfarrington@kmllawgroup.com

ROGER FAY
on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
on behalf of Debtor Steven W. Strickler steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

THOMAS E. REILLY
on behalf of Creditor Hamni Bank ecf@tomreillylaw.com tereilly@tomreillylaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Steven W. Strickler

Debtor

Chapter 13

Bankruptcy No. 20-13673-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 19, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE