IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  STEVEN W. STRICKLER        :  Chapter 13
                                               : 
                     Debtor(s)     :  Docket No. 20-13673-PMM

## ORDER VACATING ORDER DISMISSING CASE

AND NOW, this  8th  day of  November , 2023, it is hereby

ORDERED that the Court's Order entered on October 19, 2023 is VACATED.  The Chapter 13 Case is hereby reinstated and shall continue as of course.

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE