United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-13673-pmm

Steven W. Strickler  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Nov 09, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |

Case 20-13673-pmm    Doc 102    Filed 11/11/23    Entered 11/12/23 11:55:33    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PINGORA LOAN SERVICING  LLC mfarrington@kmllawgroup.com

ROGER FAY
    on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Steven W. Strickler steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

THOMAS E. REILLY
    on behalf of Creditor Hamni Bank ecf@tomreillylaw.com  tereilly@tomreillylaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: STEVEN W. STRICKLER : Chapter 13
:
Debtor(s) : Docket No. 20-13673-PMM

### ORDER VACATING ORDER DISMISSING CASE

AND NOW, this  8th   day of  November        , 2023, it is hereby

ORDERED that the Court's Order entered on October 19, 2023 is VACATED. The Chapter 13 Case is hereby reinstated and shall continue as of course.

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE