IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-13673-PMM |
| STEVEN W. STRICKLER, | : | |
| Debtor. | : | Chapter 13 |

**RESPONSE TO MOTION OF PINGORA LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW comes the Debtor, by and through his attorney, Stephen M. Otto, Esquire, and files the within Response, of which the following is a statement:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted. However, Debtor has made substantial payments since the Motion was filed.
7. Admitted.
8. Debtor has made substantial payments since the filing of the Motion.
9. Legal conclusion to which no response is necessary.
10. Legal conclusion to which no response is necessary.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion.

Respectfully submitted,
CORNERSTONE LAW FIRM, LLC

By:    /s/Stephen M. Otto
Stephen M. Otto, Esq.
8500 Allentown Pike, Suite 3
Blandon, PA 19510
610-926-7875
PA. I.D. No. 82463
steve@cornerstonelaw.us