Imaged Certificate of Notice   Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13673-pmm |
| Steven W. Strickler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |
| cr | + | CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing ,L, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 23:26:33 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 23:26:26 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 22, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

**Name**                **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

HOWARD GERSHMAN
on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

KERI P EBECK
on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON
on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROGER FAY
on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SERGIO I. SCUTERI
on behalf of Creditor Hamni Bank sscuteri@capehart.com

STEPHEN MCCOY OTTO
on behalf of Debtor Steven W. Strickler steve@sottolaw.com valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

THOMAS E. REILLY
on behalf of Creditor Hamni Bank ecf@tomreillylaw.com tereilly@tomreillylaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Steven W. Strickler,  : Chapter 13
: 
Debtor : 
: Case No.  20-13673-pmm
: 
: 

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #107, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #109);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before September 19, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

08/20/2024

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE