## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven W. Strickler dba MindMotionFilms<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>　　　　　　　　　　Movant<br>　　vs.  | NO. 20-13673 PMM |
| Steven W. Strickler dba MindMotionFilms<br>　　　　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __23rd__ day of __August__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge