United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13673-pmm |
| Steven W. Strickler | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |
| cr | + | CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing ,L, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14540323 | + | Pingora Loan Servicing, LLC, ennote vesting---, Nationstar Mortgage, LLC, c/o Andrew M. Lubin, Esq., 1 E. Stow Road Marlton, NJ 08053-3118 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2024 23:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2024 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 23:50:30 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:22 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14548305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 23 2024 23:44:00 | Pingora Loan Servicing, LLC, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14539875 | | Pingora Loan Servicing ,LLC enote vesting-- Nation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KERI P EBECK | on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARIO J. HANYON | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROGER FAY | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net, bkecf@milsteadlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SERGIO I. SCUTERI | on behalf of Creditor Hamni Bank sscuteri@capehart.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Steven W. Strickler steve@sottolaw.com valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| THOMAS SONG | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| THOMAS E. REILLY | on behalf of Creditor Hamni Bank ecf@tomreillylaw.com tereilly@tomreillylaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Steven W. Strickler dba MindMotionFilms<br>         <u>Debtor(s)</u> | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>       <u>Movant</u><br>  vs. | NO. 20-13673 PMM |
| Steven W. Strickler dba MindMotionFilms<br>         <u>Debtor(s)</u> | |
| Scott F. Waterman<br>     <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER</u>**

AND NOW, this <u> 23rd </u> day of <u> August </u>, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*/s/ Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge