Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-13673-PMM

Steven W. Strickler
1472 Water St.
Columbia  PA    17512

Petition Filed Date: 09/11/2020
341 Hearing Date: 10/27/2020
Confirmation Date: 09/30/2021

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2023 | $7,500.00 | | 10/23/2023 | $2,200.00 | | 11/09/2023 | $2,425.00 | |
| 01/12/2024 | $2,425.00 | | 02/01/2024 | $2,450.00 | | 02/29/2024 | $2,425.00 | |
| 04/03/2024 | $2,425.00 | | 04/26/2024 | $2,425.00 | | 06/20/2024 | $4,850.00 | |

**Total Receipts for the Period: $29,125.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $103,299.67**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FORD MOTOR CREDIT COMPANY »» 014 | Secured Creditors | $9,153.75 | $7,001.19 | $2,152.56 |
| 2 | DISCOVER BANK »» 001 | Unsecured Creditors | $11,878.92 | $0.00 | $11,878.92 |
| 3 | DIRECTV LLC »» 002 | Unsecured Creditors | $296.15 | $0.00 | $296.15 |
| 4 | BANK OF AMERICA »» 003 | Secured Creditors | $33,098.37 | $23,968.66 | $9,129.71 |
| 5 | DH FUNK & SONS LLC »» 004 | Unsecured Creditors | $16,948.47 | $0.00 | $16,948.47 |
| 6 | BRANCH BANKING & TRUST CO »» 006 | Unsecured Creditors | $6,946.07 | $0.00 | $6,946.07 |
| 7 | BRANCH BANKING & TRUST CO »» 007 | Unsecured Creditors | $45.00 | $0.00 | $45.00 |
| 8 | BRANCH BANKING & TRUST CO »» 008 | Unsecured Creditors | $585.30 | $0.00 | $585.30 |
| 9 | NATIONSTAR MORTGAGE LLC »» 009 | Mortgage Arrears | $18,725.31 | $13,560.19 | $5,165.12 |
| 10 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $21,175.14 | $0.00 | $21,175.14 |
| 11 | COMMONWEALTH OF PA UCTS »» 011 | Secured Creditors | $1,297.35 | $939.49 | $357.86 |
| 12 | KUBOTA CREDIT CORPORATION »» 012 | Secured Creditors | $40,879.80 | $29,603.67 | $11,276.13 |
| 13 | PA DEPARTMENT OF REVENUE »» 013 | Priority Crediors | $1,178.32 | $1,178.32 | $0.00 |
| 14 | BRANCH BANKING & TRUST CO »» 015 | Unsecured Creditors | $11,194.90 | $0.00 | $11,194.90 |
| 15 | BRANCH BANKING & TRUST CO »» 016 | Unsecured Creditors | $30,672.93 | $0.00 | $30,672.93 |

**Chapter 13 Case No. 20-13673-PMM**

| 16 | BRANCH BANKING & TRUST CO »» 017 | Secured Creditors | $5,261.96 | $3,810.51 | $1,451.45 |
|---|---|---|---|---|---|
| 17 | BRANCH BANKING & TRUST CO »» 018 | Unsecured Creditors | $20,912.06 | $0.00 | $20,912.06 |
| 18 | ORION FIRST FINANCIAL, LLC »» 19S | Secured Creditors | $9,393.84 | $6,802.67 | $2,591.17 |
| 19 | ORION FIRST FINANCIAL, LLC »» 19U | Unsecured Creditors | $6,076.64 | $0.00 | $6,076.64 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $981.87 | $0.00 | $981.87 |
| 21 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $12,390.45 | $0.00 | $12,390.45 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $2,529.78 | $0.00 | $2,529.78 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $22,804.46 | $0.00 | $22,804.46 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $18,056.45 | $0.00 | $18,056.45 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 25 | NATIONSTAR MORTGAGE LLC »» 09P | Mortgage Arrears | $1,238.00 | $896.54 | $341.46 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $103,299.67 | Current Monthly Payment: | $2,424.89 |
| Paid to Claims: | $92,011.24 | Arrearages: | $4,821.48 |
| Paid to Trustee: | $9,105.91 | Total Plan Base: | $139,644.72 |
| Funds on Hand: | $2,182.52 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.