Certificate Number: 14912-PAE-DE-040038343

Bankruptcy Case Number: 20-13673



14912-PAE-DE-040038343

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2025, at 12:07 o'clock PM EDT, Steve Strickler completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 31, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor