United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven W. Strickler  
    Debtor

Case No. 20-13673-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Sep 23, 2025      Form ID: 138OBJ      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329 |
| 14547716 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14549178 | + | Commonwealth of Pennsylvania (UCTS), Unemployment Compensation Tax Services, Department of Labor, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14537007 | + | D.H. Funk and Sons, 3995 Continental Dr, Columbia, PA 17512-9779 |
| 14547437 | + | Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 14877249 | + | Hammi Bank, c/o Sergio I. Scuteri, Esquire, CAPEHART & SCATCHARD, P.A., 8000 Midlantic Drive, Suite 300 S, Mt. Laurel, NJ 08054-1549 |
| 14537012 | + | Hanmi Bank, 5403 Olympic Drive NW, Ste. 200, Gig Harbor, WA 98335-1853 |
| 14546907 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Rd., Ste. 101, Wyomissing, PA 19610-1342 |
| 14540323 | + | Pingora Loan Servicing, LLC, ennote vesting---, Nationstar Mortgage, LLC, c/o Andrew M. Lubin, Esq., 1 E. Stow Road Marlton, NJ 08053-3118 |
| 14537018 | + | Red Digital Cinema, 34 Parker, Irvine, CA 92618-1609 |
| 14537020 | + | Southwest End Office, 2334 Woodwick Road, Lancaster, PA 17601-3240 |
| 14537024 | + | Wood-Mizer LLC, 8180 W. 10th St., Indianapolis, IN 46214-2430 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2025 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14537000 | + | Email/PDF: bncnotices@becket-lee.com | Sep 24 2025 00:32:03 | American Express, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14548352 | | Email/PDF: bncnotices@becket-lee.com | Sep 24 2025 00:30:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14537002 | | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14547867 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14537001 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 24 2025 00:32:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 14541011 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 24 2025 00:32:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14913369 | + | Email/Text: EBN@brockandscott.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 24 2025 00:32:00 | CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing ,e, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14537003 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2025 00:31:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14537004 | | Email/Text: documentfiling@lciinc.com | Sep 24 2025 00:32:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14537005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2025 00:32:00 | Comenity Capital/adoram, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14537006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2025 00:42:32 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14538821 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2025 00:42:27 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14538820 | | Email/Text: mrdiscen@discover.com | Sep 24 2025 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14537008 | + | Email/Text: mrdiscen@discover.com | Sep 24 2025 00:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14537011 | | Email/Text: EBNBKNOT@ford.com | Sep 24 2025 00:32:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14547206 | | Email/Text: EBNBKNOT@ford.com | Sep 24 2025 00:32:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14537010 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Sep 24 2025 00:32:00 | Firstpoint Collection Resolution, Attn: Bankruptcy, Po Box 26140, Greensboro, NC 27402-6140 |
| 14864471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 24 2025 00:30:32 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14537013 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 24 2025 00:32:00 | IC System, Inc., Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14537014 | ^ | MEBN | Sep 24 2025 00:22:57 | Kubota Credit Corp, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 14550925 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 24 2025 00:32:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14785100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:30:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14561174 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:31:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14537015 | | Email/Text: PHILAW@weltman.com | Sep 24 2025 00:32:00 | Michael J. Dougherty, Esquire, WELTMAN, WEINBERG & REIS CO., 170 S. Independence Mall West, Ste. 874W, Philadelphia, PA 19106-3334 |
| 14537016 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 24 2025 00:32:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14913370 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 24 2025 00:32:00 | Nationstar - Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14605549 | ^ | MEBN | Sep 24 2025 00:22:54 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553164 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2025 00:32:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14537017 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Sep 24 2025 00:32:00 | PA Dept. of Labor & Industry, Office of Chief |

Case 20-13673-pmm   Doc 133   Filed 09/25/25   Entered 09/26/25 00:39:33   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Counsel, Labor & Industry Bldg., 10th fl., 651 Boas St., Harrisburg, PA 17121-0725 |
| 14561992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2025 00:32:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14548305 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 24 2025 00:32:00 | Pingora Loan Servicing, LLC, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14560438 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14537019 | | Email/Text: bankruptcy@sequium.com | Sep 24 2025 00:32:00 | Sequium Asset Solutions LLC, 1130 Northchase Parkway, Ste. 150, Marietta, GA 30067 |
| 14561233 | ^ | MEBN | Sep 24 2025 00:23:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794437 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2025 00:42:22 | Synchrony Bank, AIS InfoSource,LP, 4515 N.Santa Fe, Oklahoma City, OK 73118-7901 |
| 14537021 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:32:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537022 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2025 00:31:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14537023 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | Truist Financial Corporation, 4251 Fayetteville Road, Lumberton, NC 28358-2678 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537009 | | First Source |
| 14539875 | | Pingora Loan Servicing ,LLC enote vesting-- Nation |
| 14548894 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14548897 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14555055 | ##+ | Hamni Bank, c/o THOMAS E. REILLY, Thomas E. Reilly PC, 1468 Laurel Drive, Sewickley, PA 15143-8599 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 138OBJ | Total Noticed: 52 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KERI P EBECK | on behalf of Creditor Kubota Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARIO J. HANYON | on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROGER FAY | on behalf of Creditor Pingora Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net, bkecf@milsteadlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SERGIO I. SCUTERI | on behalf of Creditor Hamni Bank sscuteri@capehart.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Steven W. Strickler steve@sottolaw.com valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| THOMAS SONG | on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com |
| THOMAS E. REILLY | on behalf of Creditor Hamni Bank ecf@tomreillylaw.com tereilly@tomreillylaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 16

*Form 138OBJ* (6/24)–doc 131 – 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Steven W. Strickler ) Case No. 20−13673−pmm
   dba MindMotionFilms )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 23, 2025             For The Court

                                                                                                       Mohung Wong
                                                                                                       Clerk of Court