United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 20-13673-pmm

Steven W. Strickler                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID              Recipient Name and Address**
db                   +   Steven W. Strickler, 1472 Water St., Columbia, PA 17512-9329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name                        Email Address**

ANDREW L. SPIVACK

    on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

HOWARD GERSHMAN

    on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

KERI P EBECK

    on behalf of Creditor Kubota Credit Corporation kebeck@metzlewis.com
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON

    on behalf of Creditor CONVENTIONAL/FHA/VA/RHS: Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

    on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-4                                   User: admin                                              Page 2 of 2

Date Rcvd: Apr 02, 2026                          Form ID: 195                                       Total Noticed: 1

MATTHEW K. FISSEL
                          on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
                          on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper
                          bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
                          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
                          matthew.fissel@brockandscott.com

ROGER FAY
                          on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net,
                          bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
                          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

SERGIO I. SCUTERI
                          on behalf of Creditor Hamni Bank sscuteri@capehart.com

STEPHEN MCCOY OTTO
                          on behalf of Debtor Steven W. Strickler steve@sottolaw.com
                          CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
                          on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

THOMAS E. REILLY
                          on behalf of Creditor Hamni Bank ecf@tomreillylaw.com  tereilly@tomreillylaw.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 16

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                                    : Chapter 13


Steven W. Strickler                                       : Case No. 20−13673−pmm

          Debtor(s)


### ORDER
_____


    AND NOW, this day , April 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                 By The Court

                 Patricia M. Mayer
                 Judge, United States Bankruptcy Court


Form 195